# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Chieftain Sand and Proppant, LLC, *et al.*, | ) ) | Case No. 17-10064 (KG) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS FOR SECOND DAY HEARING
### SCHEDULED FOR HEARING ON FEBRUARY 3, 2017 AT 11:00 A.M. (E.T.)

**Any party wishing to listen or participate in a scheduled hearing telephonically must register for an account at www.Court-Solutions.com. Registered participants must then submit a request to appear telephonically prior to the commencement of the hearing through the CourtSolutions website. If the Court approves your request, you will receive a notification email from CourtSolutions.[2]**

**UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.)**

1. *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Taxes* (Docket Nos. 8, 14; filed 1/9/17);

   <u>Response Deadline</u>: January 27, 2017

   <u>Responses Received</u>: None.

   <u>Related Documents</u>:

   A. *Interim Order Authorizing the Debtors to Pay Certain Taxes* (Docket No. 27; entered 1/10/17);

   B. *Debtors' Notice of Commencement of Bankruptcy Case and Hearing on Various Motions and Applications for First Day Relief* (Docket No. 16; filed 1/9/17);

   C. C.N.O. (filed 1/30/17; Docket No. 78);

   D. Proposed *Final Order Authorizing the Debtors to Pay Certain Taxes* (Docket No. 8-2; filed 1/9/17);

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their respective federal tax identification numbers, are Chieftain Sand and Proppant, LLC (1729) and Chieftain Sand and Proppant Barron, LLC (0418). The Debtors' service address is: 331 27th Street, New Auburn, WI 54757.

[2] *See also* Telephonic Appearances Before Judge Gross on the bankruptcy court website.

Status:  C.N.O. filed.  Accordingly, no hearing is required on this motion.

2. *Debtors' Motion for Entry of Interim and Final Orders Authorizing Continued Use of the Debtors' Cash Management System* (Docket No. 9; filed 1/9/17);

   Response Deadline:  January 27, 2017

   Responses Received:  None.

   Related Documents:

   A. *Interim Order Authorizing Continued Use of the Debtors' Cash Management System* (Docket No. 28; entered 1/10/17);

   B. *Debtors' Notice of Commencement of Bankruptcy Case and Hearing on Various Motions and Applications for First Day Relief* (Docket No. 16; filed 1/9/17);

   C. C.N.O. (filed 1/30/17; Docket No. 76);

   D. Proposed *Final Order Authorizing Continued Use of the Debtors' Cash Management System* (Docket No. 9-2; filed 1/9/17);

   Status:  C.N.O. filed.  Accordingly, no hearing is required on this motion.

3. *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations* (Docket No. 10; filed 1/9/17);

   Response Deadline:  January 27, 2017

   Responses Received:  None.

   Related Documents:

   A. *Interim Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Obligations* (Docket No. 30; entered 1/10/17);

   B. *Debtors' Notice of Commencement of Bankruptcy Case and Hearing on Various Motions and Applications for First Day Relief* (Docket No. 16; filed 1/9/17);

   C. C.N.O. (filed 1/30/17; Docket No. 80);

  D. Proposed *Final Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Obligations* (Docket No. 10-2; filed 1/9/17);

 Status: C.N.O. filed.  Accordingly, no hearing is required on this motion.

4. *Debtors' Motion for Entry of Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers* (Docket No. 11; filed 1/9/17);

 Response Deadline: January 27, 2017

 Responses Received: None.

 Related Documents:

  A. *Interim Order Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers* (Docket No. 31; entered 1/10/17);

  B. *Debtors' Notice of Commencement of Bankruptcy Case and Hearing on Various Motions and Applications for First Day Relief* (Docket No. 16; filed 1/9/17);

  C. C.N.O. (filed 1/30/17; Docket No. 79);

  D. Proposed *Final Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers* (Docket No. 11-3; filed 1/9/17);

 Status: C.N.O. filed.  Accordingly, no hearing is required on this motion.

5. *Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 41; filed 1/11/17);

 Response Deadline: January 27, 2017

 Responses Received: None.

 Related Documents:

  A. C.N.O. (filed 1/30/17; Docket No. 77);

  B. Proposed *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 41-1; filed 1/11/17);

Status:  C.N.O. filed.  Accordingly, no hearing is required on this motion.

**UNCONTESTED MATTERS GOING FORWARD
FOR WHICH COC HAS BEEN FILED**

6. *Debtors' Motion for Authority to Retain and Compensate Professionals Used in the Ordinary Course of Business* (Docket No. 42; filed 1/11/17);

    Related Documents:

    A. *Certification of Counsel Regarding Proposed Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business* (Docket No. 81; filed 1/30/17);

    Response Deadline:  January 27, 2017

    Responses Received:  Informal response from the Office of the U.S. Trustee.

    Status:  A Certification of Counsel with revised proposed order was submitted to Chambers on January 31, 2017.  The Debtors request entry of the revised proposed order attached to the certification of counsel.

7. *Application of Debtors and Debtors in Possession, for Entry of an Order Pursuant to 11 U.S.C. § 327(A) Authorizing the Employment and Retention of Gibbons P.C. as General Bankruptcy Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* (Docket No. 45; filed 1/11/17);

    Related Documents:

    A. *Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Gibbons P.C. as General Bankruptcy Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* (Docket No. 82; filed 1/30/17);

    Response Deadline:  January 27, 2017

    Responses Received:  Informal response from the Office of the U.S. Trustee.

    Status:  A Certification of Counsel with revised proposed order was submitted to Chambers on January 31, 2017.  The Debtors request entry of the revised proposed order attached to the certification of counsel.

8. *Application of Debtors and Debtors in Possession, for Entry of an Order Authorizing the Employment and Retention of EisnerAmper LLP as Financial Advisor for the Debtor Nunc Pro Tunc to the Petition Date* (Docket No. 46; filed 1/11/17);

Related Documents:

A. *Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of EisnerAmper LLP as Financial Advisor for the Debtor Nunc Pro Tunc to the Petition Date* (Docket No. 83; filed 1/30/17);

Response Deadline: January 27, 2017

Responses Received: Informal response from the Office of the U.S. Trustee.

Status: A Certification of Counsel with revised proposed order was submitted to Chambers on January 31, 2017. The Debtors request entry of the revised proposed order attached to the certification of counsel.

9. *Application of Debtors, for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Local Rule 2014-1 (I) Authorizing the Employment and Retention of Tudor Pickering Holt & Co. Advisors, LLC as Investment Banker, Nunc Pro Tunc to the Commencement Date, and (II) Waiving Information Requirements of Local Rule 2016-2(D)* (Docket No. 47; filed 1/11/17);

Related Documents:

A. *Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Local Rule 2014-1 (I) Authorizing the Employment and Retention of Tudor Pickering Holt & Co. Advisors, LLC as Investment Banker, Nunc Pro Tunc to the Commencement Date, and (II) Waiving Information Requirements of Local Rule 2016-2(D)* (Docket No. 86; filed 1/30/17);

Response Deadline: January 27, 2017

Responses Received: Informal response from the Office of the U.S. Trustee.

Status: A Certification of Counsel with revised proposed order was submitted to Chambers on January 31, 2017. The Debtors request entry of the revised proposed order attached to the certification of counsel.

10. *Debtors' Application Pursuant to 11 U.S.C. §§ 327(a), 330 and 331 and, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1 for an Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Agent for the Debtors* (Docket No. 48; filed 1/11/17);

Related Documents:

A. *Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. §§ 327(a), 330 and 331 and, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1 for an Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Agent for the Debtors* (Docket No. 84; filed 1/30/17);

Response Deadline:  January 27, 2017

Responses Received:  Informal response from the Office of the U.S. Trustee.

Status:  A Certification of Counsel with revised proposed order was submitted to Chambers on January 31, 2017.  The Debtors request entry of the revised proposed order attached to the certification of counsel.

11. *Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Prepetition Secured Parties, (II) Obtain Secured Superpriority Postpetition Financing and (III) Provide Adequate Protection to the Prepetition Secured Parties and (B) Scheduling Final Hearing* (Docket No. 13; filed 1/9/17)
   ***See 11C for Exhibits and Final Order***

    Related Documents:

    A. *Interim Order Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying Automatic Stay, and (VI) Scheduling a Final Hearing* (Docket No. 29; filed 1/10/17)
       ***See 11C for Exhibits and Final Order***

    B. *Debtors' Notice of Commencement of Bankruptcy Case and Hearing on Various Motions and Applications for First Day Relief* (Docket No. 16; filed 1/9/17);

    C. *Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Prepetition Secured Parties, (II) Obtain Secured Superpriority Postpetition Financing and (III) Provide Adequate Protection to the Prepetition Secured Parties and (B) Scheduling Final Hearing* (Docket No. 85; filed 1/30/17)

Response Deadline: January 27, 2017

Responses Received: None.

Status: A Certification of Counsel with revised proposed order was submitted to Chambers on January 31, 2017. The Debtors request entry of the revised proposed order attached to the certification of counsel.

**UNCONTESTED MATTERS GOING FORWARD**

12. *Debtors' Motion for an Order Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts Effective, Nunc Pro Tunc, to the Petition Date* (Docket No. 43; filed 1/11/17);

    Related Documents: None.

    Response Deadline: January 27, 2017 except that proposed counsel for the Debtors extended the deadline with respect to the Petersons.

    Responses Received: Informal comments from the Office of the U.S. Trustee, The CIT Group/Equipment Financing and the Petersons.

    Status: The Debtors are adjourning the motion solely with respect to the Petersons and intend to present a revised form of Order at the hearing. This matter is going forward on an uncontested basis.

13. *Debtors' Motion for Entry of an Order (I) Establishing Bar Dates and Procedures (II) Approving the Form and Manner of Notice Thereof* (Docket No. 44; filed 1/11/17).

    Related Documents: None.

    Response Deadline: January 27, 2017

    Responses Received: Informal comments from the Office of the U.S. Trustee.

    Status: The Debtors intend to present a revised form of Order at the hearing. This matter is going forward on an uncontested basis.

14. *Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* (Docket No. 17; filed 1/9/17);

Related Documents:

A. *Debtors' Notice of Motion and Hearing* (Docket No. 34; filed 1/10/17);

Response Deadline:  January 27, 2017

Responses Received:  Informal comments from the Office of the U.S. Trustee.

Status:  The Debtors intend to present a revised form of Order at the hearing. This matter is going forward solely with respect to the proposed bidding procedures on an uncontested basis.

Dated: January 31, 2017
Wilmington, Delaware

**GIBBONS P.C.**

By: */s/ Howard A. Cohen*
Howard A. Cohen (DE 4082)
Natasha M. Songonuga (DE 5391)
300 Delaware Avenue, Suite 1015
Wilmington DE 19801-1761
Telephone:  (302) 518-6330
Facsimile:  (302) 429-6294
Email: hcohen@gibbonslaw.com
         nsongonuga@gibbonslaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**