## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Case No. 17-10064 (KG) |
| Chieftain Sand and Proppant, LLC, *et al*., | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: Docket Nos. 17 & 115** |

## NOTICE OF SUCCESSFUL BIDDER AND BACKUP BIDDER

**PLEASE TAKE NOTICE** that on January 9, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Motion")[2] [Docket No. 17] for entry of orders, among other things (i) approving bidding procedures (the "Bidding Procedures") in connection with the sale (the "Sale") of substantially all assets (collectively, the "Assets") of the Debtors, (ii) scheduling an auction and a hearing (the "Sale Hearing") to consider approval of the Debtors entering into a Sale, (iii) approving the form and manner of notice thereof and (iv) granting related relief. The Motion additionally requests entry of an order or orders (i) authorizing and approving a Sale free and clear of liens, claims, encumbrances and interests, (ii) approving the assumption and assignment of executory contracts and unexpired leases and (iii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that on February 3, 2017, the United States Bankruptcy Court for the District of Delaware entered the Bidding Procedures Order [Docket No. 115]. Pursuant to the Bidding Procedures Order, the Debtors hereby file the Notice of Transcript of Auction. The Auction commenced and was concluded on March 22, 2017.

**PLEASE TAKE FURTHER NOTICE** that Mammoth Energy Services, Inc. was designated as the Successful Bidder at the Auction.

**PLEASE TAKE FURTHER NOTICE** that Badger Mining Corporation was designated as the Backup Bidder at the Auction.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their respective federal tax identification numbers, are Chieftain Sand and Proppant, LLC (1729) and Chieftain Sand and Proppant Barron, LLC (0418). The Debtors' service address is: 331 27th Street, New Auburn, WI 54757.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Dated: March 23, 2017
Wilmington, Delaware

                                          **GIBBONS P.C.**

                                          By:  /s/ Howard A. Cohen
                                          Howard A. Cohen (DE 4082)
                                          300 Delaware Avenue, Suite 1015
                                          Wilmington DE 19801-1761
                                          Telephone:  (302) 518-6330
                                          Facsimile:  (302) 429-6294
                                          Email: hcohen@gibbonslaw.com

                                          **ATTORNEYS FOR THE DEBTORS**