## **Exhibit A**

Transcript of Auction

*In re: Chieftain Sand and Proppant, LLC, et al.*

---

*AUCTION PROCEEDINGS*
*March 22, 2017*

---



126 East 56th Street, Fifth Floor  New York, New York 10022
P:  212-750-6434   F:  212-750-1097
www.ellengrauer.com

*Original File 114396.TXT*
*Min-U-Script® with Word Index*

1    IN THE UNITED STATES BANKRUPTCY COURT

2    FOR THE DISTRICT OF DELAWARE
     -------------------------------------------X
3    In re:

4    Chieftain Sand and Proppant, LLC, et al.

5    Case No.: 17-10064
     -------------------------------------------X
6
7                        One Gateway Center
                         Newark, New Jersey
8
                         March 22, 2017
9                        9:50 a.m.

10

11        AUCTION PROCEEDINGS, taken before Sadie L.

12   Herbert, a Registered Professional Reporter and

13   Notary Public of the States of New York and New

14   Jersey.

15

16

17

18

19

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24             New York, New York 10022
                     212-750-6434
25                   REF:  114396

```
 1   A P P E A R A N C E S:

 2

 3   ON BEHALF OF CHIEFTAIN SAND AND PROPPANT, LLC:

 4        VIC SERRI, CEO, Chieftain Sand and

 5        Proppant, LLC

 6        MAX BARRETT, Tudor, Pickering, Holt & Co.

 7        CHRIS DAHAN, Tudor, Pickering, Holt & Co.

 8        HOWARD COHEN, ESQ., Gibbons P.C.

 9        LARRY GOLDMAN, ESQ., Gibbons P.C.

10        WAYNE WEITZ, EisnerAmper LLP

11

12   ON BEHALF OF ENERGY CAPITAL PARTNERS:

13        MATT DELANEY, Energy Capital Partners

14        JENNIFER GRAY, ESQ., Energy Capital

15        Partners

16        SAM ROMER, Energy Capital Partners

17        ROBERT BELMONTE, Energy Capital Partners

18        ANNEMARIE REILLY, ESQ., Latham & Watkins

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S (cont'd):

 2

 3   ON BEHALF OF BADGER MINING CORPORATION:

 4        LORI PHILLIPPI, Badger Mining Corporation

 5        STEVE HART, Badger Mining Corporation

 6        CODY WICKERSHEIM, Badger Mining

 7        Corporation

 8        L. KATHERINE GOOD, ESQ., Whiteford,

 9        Taylor & Preston

10        COREY VANDERPOEL, Schenck M&A Solutions

11

12   ON BEHALF OF EAGLE MATERIALS, INC.:

13        MICHAEL HAACK, EVP & COO, Eagle Materials,

14        Inc.

15        MATT NEWBY, ESQ., Eagle Materials, Inc.

16        SCOTT PAREL, ESQ., Sidley & Austin

17        MATTHEW CLEMENTE, ESQ., Sidley & Austin

18

19

20

21

22

23

24

25
```

```
1  A P P E A R A N C E S (cont'd):

2

3  ON BEHALF OF MAMMOTH ENERGY SERVICES, INC.:

4       MARC MCCARTHY, Chairman, Mammoth Energy

5       Services, Inc.

6       DAVID STABER, ESQ., Akin, Gump, Strauss,

7       Hauer & Field LLP

8

9  ON BEHALF OF MIDWEST COMMODITY SERVICES, INC.:

10       JERRY EMMERT, Midwest Commodity

11       Services, LLC

12       JAMES EMMERT, Midwest Commodity

13       Services, LLC

14

15

16

17

18

19

20

21

22

23

24

25
```

1          P R O C E E D I N G S

2                *    *    *    *

3          MR. COHEN:  We're now on the

4     record.  My name is Howard Cohen.  I'm

5     with Gibbons, P.C., and I'm counsel to

6     the Debtors and Debtors in Possession,

7     who I'll refer to as either Chieftain

8     or the Debtors throughout today's

9     auction.

10         Today's auction will be transcribed

11    by a court reporter.  Only discussions

12    on the record will be transcribed.  To

13    the extent we have meetings or breaks

14    off the record, such discussions will

15    not be transcribed.

16         I'm joined today by my corporate

17    colleague, Larry Goldman.  We're here

18    today for the auction that has been

19    scheduled in connection with the

20    bidding procedures order, which was

21    entered by the Delaware Bankruptcy

22    Court on February 3, 2017.

23         The bidding procedures order

24    established bidding procedures relating

25    to the sale of substantially all the

1                    OPENING REMARKS

2          Debtors' assets and authorized this

3          auction.

4               To the extent any party needs a

5          copy of the bidding procedures order or

6          the related bidding procedures, we have

7          copies on the credenza here in the

8          auction room.

9               At the conclusion, of today's

10         auction, we will select a successful

11         bidder, as well as a backup bid.  After

12         the auction has concluded and prior to

13         the sale hearing, the Debtors will work

14         with the successful bidder to finalize

15         and execute its Asset Purchase

16         Agreement and will also work with the

17         backup bidder to finalize its Asset

18         Purchase Agreement, in case the

19         successful bidder fails to close.

20              Thereafter, in accordance with the

21         bidding procedures approved by the

22         court, we will proceed to closing and

23         consummating the sale.  A hearing to

24         approve the sale has been scheduled by

25         Judge Gross of the United States

1                    OPENING REMARKS

2          Bankruptcy Court for the District of

3          Delaware for March 27 at 11:00 a.m.

4              Now, if I can take a few moments

5          and make a couple of introductions.  In

6          addition to my corporate partner, with

7          me today is the Debtors' Chief

8          Executive Officer, Mr. Victor Serri.

9          Also here today is Max Barrett and

10         Chris Dahan from our investment banking

11         firm, Tudor, Pickering, Holt & Co.

12         Mr. Wayne Weitz, our financial advisor,

13         from EisnerAmper is here.  On behalf of

14         our lender and stalking horse bidder,

15         Energy Capital Partners, we have

16         Jennifer Gray, Sam Romer, Matt Delaney

17         and Robert Belmonte, as well as

18         Annemarie Reilly, who is their outside

19         counsel from Latham & Watkins.

20             As the bidders know, once our

21         lender either reaches its credit bid

22         cap or informs the Debtors that it's no

23         longer bidding at today's auction, the

24         Debtors will at that point consult with

25         the lender concerning subsequent bids.

1                    OPENING REMARKS

2            To date, the Debtors have not had

3        any discussions with the lender

4        concerning any of the bids that were

5        submitted prior to the auction, since

6        the lender is currently a participant

7        in this process.

8            Before we get started, let me lay

9        some of the ground rules for today's

10       auction.  This auction, the bidding

11       procedures and all competing bids are

12       subject to the terms and conditions as

13       are announced by the Debtors on the

14       record during the auction.  As set

15       forth in my email to each of you dated

16       March 21, 2017, the Debtors initially

17       received six qualified bids, subject to

18       the terms and conditions of the bidding

19       procedures and the Bankruptcy Court

20       order approving such bidding

21       procedures.

22           By way of update, the Debtors were

23       informed last night that Northern

24       Industrial does not intend to go

25       forward at today's auction, but instead

1                    OPENING REMARKS

2          will partner with Midwest Commodity AG,

3          should Midwest be the successful bidder

4          today.

5               Each bid submitted to date and any

6          bid submitted during the auction is

7          subject to the bidding procedures

8          including that each bid, which includes

9          making any changes at today's auction,

10         is irrevocable in accordance with the

11         bidding procedures.

12              Pursuant to the procedures, the

13         Debtors have determined that bidding

14         increments will be 250,000 minimum,

15         unless otherwise changed by the Debtors

16         at today's auction, as announced on the

17         record.

18              The auction will be conducted as

19         follows:  Bidding will be done in

20         rounds.  We will go around the room

21         during each round with each bidder

22         during a particular round required to

23         up the prior bid by at least the

24         minimum overbid of 250,000.  All

25         bidders will be given one opportunity

OPENING REMARKS

1

2      to take a pass during the entirety of

3      the auction.  In the event that a

4      bidder takes a pass in a given round,

5      such bidder will not be permitted to

6      take a further pass in any subsequent

7      rounds of bidding.

8          We will ask each bidder to promptly

9      respond as to whether it is bidding or

10      not, what the bid amount is, and we

11      will try to accommodate short recesses

12      between bids to allow the next bidder

13      to decide whether it wants to continue

14      or drop out of the auction.  I would

15      ask that bidders try to limit such

16      recesses to 15 minutes or less so that

17      we can try to conclude the auction

18      today.

19          The Debtors reserve the right to

20      recess at any point in time for

21      whatever reason and for whatever amount

22      of time they deem necessary.  If during

23      a round a bidder does not submit an

24      incremental bid within the time

25      allotted or declines to bid, that

OPENING REMARKS

1
2       bidder, after exercising its one free
3       pass, will be prohibited from
4       participating in any further rounds at
5       the auction.
6           At the conclusion of the auction,
7       the Debtors, likely in consultation
8       with its lender, will review each final
9       competing bid on the basis of financial
10      and contractual terms and the factors
11      relevant to the sales process, the best
12      interest of the Debtors' estates,
13      including those factors affecting the
14      speed, conditionality and certainty of
15      consummation of the sale and will
16      identify the successful bidder and
17      backup bidder.
18          At the conclusion of the auction,
19      the Debtors will retain the deposits
20      submitted by the successful bidder and
21      backup bidder until the earlier of
22      closing on the sale with the successful
23      bidder or 90 days.  Further, the
24      Debtors will ask that both the
25      successful bidder and backup bidder

```
1                    OPENING REMARKS

2          increase their deposits in accordance

3          with final bids.  All other bidders

4          will receive a return of their deposits

5          within five business days after the

6          conclusion of the sale hearing, which

7          is currently scheduled for March 27th

8          at 11:00 a.m.

9              If a transaction with the

10         successful bidder does not close due to

11         a breach, the Debtors will retain the

12         deposit and may pursue all available

13         legal and equitable remedies, including

14         consummation of the sale with the

15         backup bidder.  Further, in the event

16         the sale doesn't close with the

17         successful bidder, the Debtors will

18         proceed to execute the APA with the

19         backup bidder and may obtain a second

20         sale order from the Bankruptcy Court,

21         to the extent required.

22             By participating in this auction,

23         all bidders agree to serve as backup

24         bidder on their terms and conditions,

25         and their bid and related Asset
```

1                        OPENING REMARKS

2           Purchase Agreement is irrevocable until

3           such time as the conditions for serving

4           as backup bidder have concluded.

5                Before we continue, I'd ask each

6           party here today to appoint one

7           individual who will speak for that

8           party during the auction process.  For

9           purposes of the record, I am going to

10          ask that each bidder's representative

11          state his or her first name, last name

12          and spell it for the court reporter.

13               So let's go around the room and

14          start with Eagle.

15               MR. HAACK:  Michael Haack,

16          M-I-C-H-A-E-L, H-A-A-C-K.

17               MR. COHEN:  Do you want to go?  Who

18          is next?

19               MR. EMMERT:  Jerry Emmert for

20          Midwest Commodity.

21               MR. MCCARTHY:  Marc McCarthy,

22          M-C-C-A-R-T-H-Y, from Mammoth Energy.

23               MS. PHILLIPPI:  Lori Phillippi,

24          P-H-I-L-L-I-P-P-I, Badger Mining

25          Corporation.

OPENING REMARKS

1

2          MS. REILLY:  Annemarie Reilly,

3     Energy Capital Partners Mezzanine

4     Opportunity Fund A, R-E-I-L-L-Y.

5          MR. COHEN:  Okay.  The Debtors

6     believe that each of the bidders has at

7     all times acted in good faith and dealt

8     at arm's length with the Debtors.  I

9     will now ask each representative to

10    confirm on the record that it has not

11    taken any action that would prevent the

12    Bankruptcy Court from finding that such

13    bidder has acted inconsistently with

14    its good faith and arm's length

15    requirements.

16         I'll start with Annemarie,

17    actually.

18         MS. REILLY:  It's confirmed.

19         MR. HAACK:  Yes.

20         MR. MCCARTHY:  Confirmed.

21         MS. PHILLIPPI:  Yes.

22         MR. EMMERT:  Yes, confirmed.

23         MR. COHEN:  I will also ask that

24    each bidder confirm that it has not had

25    communications or colluded with other

1                    OPENING REMARKS

2          bidders with the goal of either

3          controlling the price or discouraging

4          other bidders from participating at

5          auction.

6               MS. REILLY:  Confirmed.

7               MR. HAACK:  Confirmed.

8               MR. EMMERT:  Confirmed.

9               MR. MCCARTHY:  Confirmed.

10              MS. PHILLIPPI:  Confirmed.

11              MR. COHEN:  I would ask that each

12         bidder confirm that it understands and

13         has reviewed the bidding procedures and

14         understands the terms of auction, as I

15         have outlined this morning, including

16         the terms and conditions applying to

17         the backup bidder, which means keeping

18         your bid open for 90 days.

19              MS. REILLY:  Confirmed.

20              MR. HAACK:  Confirmed.

21              MR. EMMERT:  Confirmed.

22              MS. PHILLIPPI:  Confirmed.

23              MR. MCCARTHY:  Confirmed.

24              MR. COHEN:  Finally, I want to

25         discuss certain matters relating to the

1                    OPENING REMARKS

2              bids today so that all bidders have a

3              clear understanding and are on the same

4              page when bidding.  As everyone knows

5              the bidding will start at $5,250,001,

6              but there are certain additional cash

7              amounts that the buyer will need to pay

8              in addition to this amount, including

9              what we have defined as the DIP

10             repayment amount, the undisputed cure

11             costs and the wind down amount.

12                 With respect to the DIP repayment

13             amount, at the present time and based

14             upon the anticipated timing of closing,

15             the Debtors do not currently anticipate

16             that bidders will have to make any

17             payment with respect to the DIP

18             repayment amount.  This is due to the

19             fact that the only item outstanding

20             under the Debtors' facility is a

21             standby letter of credit that was

22             issued in favor Barron County to secure

23             their reclamation permit.  At closing,

24             it's anticipated that the standby

25             letter of credit will be canceled, and

1          OPENING REMARKS

2          the buyer will post substitute

3          collateral acceptable to Barron County

4          to secure the reclamation permit.

5              The Debtors have not drawn on the

6          term piece of the DIP facility, and if

7          we can get to a closing in the next 30

8          to 60 days, the Debtors believe they

9          are unlikely to draw on the term piece

10         of the debt facility.

11             With respect to undisputed cure

12         costs, the only cure costs the buyer

13         will be responsible for are those cure

14         costs related to the contracts that

15         it's taking.  To the extent contracts

16         are not taken by the buyer, the buyer

17         will not be responsible for making cure

18         payments on nonassigned contracts.

19             With that, the Debtors have

20         determined that the lead bid by Eagle

21         materials of $5,250,001 is the highest

22         and otherwise best bid going into

23         auction, all other factors and price

24         considered.  And with that, unless

25         there are any questions by the bidders,

OPENING REMARKS

1
2       we intend to commence bidding.

3             Does anyone have any questions?

4             MR. CLEMENTE:  I have a question.

5             MR. COHEN:  Can you identify

6       yourself?

7             MR. CLEMENTE:  Yeah, Matt Clemente

8       on behalf of Eagle.

9             So can you confirm, when we bid,

10      we're bidding off our APA, subject

11      obviously to the negotiation

12      afterwards?

13            MR. COHEN:  That is correct.  Each

14      bidder is bidding off of the APA that

15      they submitted.

16            MR. CLEMENTE:  Okay.  And second

17      question, regarding the other bidders,

18      can you state for the record what you

19      perceive the value of their bids to be

20      as well or -- I guess what I'm trying

21      to say is, what's the baseline that

22      people are starting from?  You stated

23      the value of our bid.

24            MR. COHEN:  At this point, I

25      believe the APAs are apples to apples

```
 1                  OPENING REMARKS
 2           and that your bid by $1 is the highest
 3           and otherwise best going into auction.
 4                MR. CLEMENTE:  Okay.  Thank you.
 5                MR. COHEN:  With that, any other
 6           questions?
 7                MR. EMMERT:  Yes.
 8                MR. COHEN:  Identify yourself for
 9           the record.
10                MR. EMMERT:  Jerry Emmert, Midwest
11           Commodity.  Are the terms of the APAs
12           between the different bidding parties
13           going to be disclosed to us, so we can
14           understand the differentials between
15           the floor we're bidding on?
16                MR. COHEN:  We're not disclosing
17           the terms.  I think it's fair to say,
18           as I mentioned, that, aside from some
19           minor differences and one closing
20           condition in one of the APAs, they are
21           essentially the same Asset Purchase
22           Agreements, at this point.
23                MR. EMMERT:  Okay.
24                MR. COHEN:  Any other questions?
25                (No affirmative response.)
```

```
 1                    AUCTION PROCEEDINGS
 2            MR. COHEN:  Okay.  With that, I
 3       will turn the bidding toward Energy
 4       Capital Partners to commence bidding in
 5       Round 1.
 6            MS. REILLY:  Annemarie Reilly with
 7       Latham & Watkins, on behalf of Energy
 8       Capital Partners, we increase the
 9       credit bid portion of the purchase
10       price to $7 million.
11            MR. COHEN:  Eagle will be --
12       actually, I'm sorry, Eagle has already
13       bid.  That means we're at, is that,
14       Mammoth?
15            MR. MCCARTHY:  So Mammoth will
16       increase the bid to $7.25 million.
17            MR. COHEN:  At this point, I would
18       just like to confirm that Energy
19       Capital Partners has concluded its
20       bidding and will no longer be
21       participating at the auction?
22            MS. REILLY:  That's correct.
23            MR. COHEN:  Let's continue bidding
24       with Round 1 before we take a recess.
25            Are we up to Badger?
```

1        AUCTION PROCEEDINGS

2            MS. PHILLIPPI:  Badger will bid

3        7.5 million.

4            MR. COHEN:  And finally, to

5        conclude Round 1, we are at Midwest

6        Commodity.

7            MR. EMMERT:  We'll bid 7,750,000.

8            MR. COHEN:  All right.  That

9        concludes Round 1 of bidding.  I think,

10       at this point, we would like to take a

11       recess to discuss the state of bids

12       with Energy Capital Partners.

13           (Whereupon, a short recess was

14           taken at 10:04 a.m.)

15           MR. COHEN:  We're back on the

16       record.  Again, Howard Cohen for

17       Chieftain.

18           Before we begin Round 2 of bidding,

19       we just consulted with Energy Capital

20       Partners, our lender, after Round 1

21       concerning the bids that were submitted

22       and the current state of play.  A

23       couple of disclosures before we begin

24       Round 2.

25           The first disclosure is one of the

```
1                    AUCTION PROCEEDINGS
2              bidders requested that I announce on
3              the record what the closing condition
4              is concerning -- that I mentioned
5              before we bid in Round 1.  Mammoth has
6              requested an audit as a closing
7              condition, an SEC compliant audit.  The
8              Debtors have not attributed any value
9              yet to that closing condition, so that
10             is the one closing condition difference
11             between the Asset Purchase Agreements.
12                  Also, in consultation with the
13             lenders, they mentioned to me that
14             there is some de minimis fee associated
15             with the letter of credit that would
16             have to get paid, we're going to get
17             that number for you shortly, it's de
18             minimis.  The letter of credit was
19             $1.2 million.  There was some
20             de minimis fee attributed to it that
21             will get paid back.  We will get that
22             number to you today.
23                  So with that, we concluded Round 1
24             of the auction at 7.75 million, that
25             was the bid submitted by Midwest
```

1   AUCTION PROCEEDINGS

2   Commodity.  We'll begin Round 2 with

3   Eagle bidding.

4       MR. HAACK:  We'll bid 8 million.

5       MR. COHEN:  Eagle is at 8 million.

6       We now turn to Mammoth.

7       MR. MCCARTHY:  We'll bid

8   8.25 million.

9       MR. COHEN:  Mammoth bid

10  $8.25 million.

11      MR. COHEN:  Badger?

12      MS. PHILLIPPI:  8.5.

13      MR. COHEN:  Badger bid 8.5 million.

14      Midwest?

15      MR. EMMERT:  8.75.

16      MR. COHEN:  Is that 8,750,000?

17      MR. EMMERT:  Yes.

18      MR. COHEN:  8.75 million from

19  Midwest.  Round 2 is concluded.

20      Let's move to Round 3.  Back to --

21  we'll go in the same order, so Eagle.

22      MR. HAACK:  We'll bid 9 million.

23      MR. MCCARTHY:  Mammoth,

24  9.25 million.

25      MS. PHILLIPPI:  Badger, 9.5.

```
1                    AUCTION PROCEEDINGS
2           MR. EMMERT:  Just one question,
3       wondering if you would mind clarifying
4       the cure cost for us?
5           MR. COHEN:  Sure.  We disclosed the
6       cure costs and no objections were filed
7       with respect to cure costs.  So with
8       respect to the contracts that the buyer
9       is taking, it's responsible for making
10      the cure payments associated with those
11      contracts, but only those contracts
12      that the buyer is taking.  So to the
13      extent you're not taking a particular
14      contract, you're not responsible for
15      making that cure payment.
16          MR. EMMERT:  Okay.
17          MR. COHEN:  Does that clarify it?
18          MR. EMMERT:  Yes, it does.  Thank
19      you.
20          MR. COHEN:  All right.  So we're at
21      Midwest.
22          MR. EMMERT:  And what's the number?
23          MR. COHEN:  The last bid was 9 and
24      a half million dollars submitted by
25      Badger.
```

1                   AUCTION PROCEEDINGS

2          MR. EMMERT:  We'll bid 9,750,000.

3          MR. COHEN:  Next round of bidding.

4          Eagle?

5          MR. HAACK:  Eagle will bid

6     10 million.

7          MR. COHEN:  Mammoth?

8          MR. MCCARTHY:  10.25 million.

9          MS. PHILLIPPI:  10.5.

10         MR. COHEN:  Midwest?

11         MR. EMMERT:  10.75.

12         MR. COHEN:  10.75.

13         Begins the next round of bidding.

14    Eagle?

15         MR. HAACK:  Eagle will bid

16    11 million.

17         MR. MCCARTHY:  Mammoth,

18    11.25 million.

19         MS. PHILLIPPI:  Badger,

20    11.5 million.

21         MR. COHEN:  Midwest?

22         MR. EMMERT:  11.75.

23         MR. COHEN:  That concludes that

24    round of bidding.

25         Next round of bidding.  Eagle?

```
 1                    AUCTION PROCEEDINGS
 2              MR. HAACK:  Eagle will bid 12.
 3              MR. MCCARTHY:  12.25.
 4              MS. PHILLIPPI:  Badger, 12.5.
 5              MR. EMMERT:  12,750,000.
 6              MR. COHEN:  That concludes the
 7         round.
 8              Back to Eagle.
 9              MR. HAACK:  Eagle will bid 13.
10              MR. MCCARTHY:  13.25.
11              MS. PHILLIPPI:  13.5.
12              MR. EMMERT:  We'll pass.
13              We have one pass; correct?
14              MR. COHEN:  Correct, there is one
15         pass.  So Midwest will take a pass.
16              Back to Eagle.
17              MR. HAACK:  Eagle will bid
18         13,750,000.
19              MR. MCCARTHY:  Mammoth will bid 14.
20              MS. PHILLIPPI:  Badger will bid
21         14.25 million.
22              MR. COHEN:  Midwest?
23              MR. EMMERT:  14.5.
24              MR. COHEN:  Back to Eagle.
25              MR. HAACK:  Eagle will bid 14.75.
```

1           AUCTION PROCEEDINGS
2           MR. MCCARTHY:  Mammoth will bid 15.
3           MS. PHILLIPPI:  Badger at 15.25.
4           MR. EMMERT:  We're going to pass.
5           MR. COHEN:  At this point, Midwest
6       is dropping out of the auction?
7           MR. EMMERT:  Yes.
8           MR. COHEN:  I'd like to take a
9       break now that Midwest has dropped out
10      of the auction.
11          (Whereupon, a short recess was
12           taken at 10:49 a.m.)
13          MR. COHEN:  Okay.  We are now back
14      on the record.  At the conclusion of
15      the last round, Midwest dropped out of
16      the auction.
17          The highest bid for purposes of
18      going into this round was 15,250,000
19      submitted by Badger.  For purposes of
20      this round and going forward, the
21      minimum overbid is being raised from
22      250,000 to 1 million.
23          Did Mammoth have a question?
24          (No affirmative response.)
25          MR. COHEN:  No, okay.

```
1                    AUCTION PROCEEDINGS
2              We will commence with Eagle.
3              MR. HAACK:  Eagle will bid 16.25.
4              MR. MCCARTHY:  Mammoth will bid
5        17.25.
6              MS. PHILLIPPI:  Badger, 18.25.
7              MR. COHEN:  Okay.  Eagle?
8              MR. HAACK:  Eagle will bid 19.25.
9              MR. MCCARTHY:  Mammoth will bid
10       20.25.
11             MS. PHILLIPPI:  Badger, 21.25.
12             MR. COHEN:  Thank you.
13             Back to Eagle.
14             MR. HAACK:  Eagle will bid 22.25.
15             MR. MCCARTHY:  Mammoth will bid
16       23.25.
17             MS. PHILLIPPI:  Badger, 24.25.
18             MR. COHEN:  Thank you.
19             Eagle?
20             MR. HAACK:  Eagle will pass.
21             MR. MCCARTHY:  Mammoth will bid
22       25.25.
23             MS. PHILLIPPI:  Badger, 26.25.
24             MR. COHEN:  I'd like to take a
25       break for one minute.
```

```
1                    AUCTION PROCEEDINGS
2               (Whereupon, a short recess was
3               taken at 11:07 a.m.)
4               MR. COHEN:  All right.  We're going
5          to go back on the record.  At the
6          conclusion of the last round, the
7          highest bid was Badger at 26,250,000.
8               We turn to Eagle.
9               MR. HAACK:  Eagle is out.
10              MR. COHEN:  All right.  I'd like to
11         take a break.
12              (Whereupon, a short recess was
13              taken at 11:15 a.m.)
14              MR. COHEN:  We're back on the
15         record.  A couple comments before
16         bidding, the lenders have informed us
17         that the DIP repayment amount stands at
18         $3,500, that's the letter of credit
19         fee.
20              Also, given that we are down to two
21         bidders, there will not be passes going
22         forward.
23              The last bid was Badger,
24         26,250,000.  And we're back to Mammoth.
25              MR. MCCARTHY:  Mammoth bids 27.25.
```

1               CLOSING REMARKS

2          MS. PHILLIPPI:  Badger bids 28.25.

3          MR. MCCARTHY:  Mammoth bids 29.25.

4          MS. PHILLIPPI:  Badger bids 30.25.

5          MR. MCCARTHY:  Mammoth bids 31.25.

6          MS. PHILLIPPI:  Badger bids 32.25.

7          MR. MCCARTHY:  Mammoth bids 33.25.

8          MS. PHILLIPPI:  Badger bids 34.25.

9          MR. MCCARTHY:  Mammoth bids 35.25.

10         MS. PHILLIPPI:  Badger is done.

11         MR. COHEN:  Let's take a break.

12         (Whereupon, a short recess was

13         taken at 11:41 a.m.)

14         MR. COHEN:  We're back on the

15    record.  At the conclusion of the last

16    time we were on the record, we had a

17    bid from Mammoth of 35,250,000 and

18    Badger indicated that they were not

19    choosing to increase their bid.

20         During the break, the Debtors in

21    consultation with their lender, Energy

22    Capital Partners, evaluated the cash

23    and qualitative aspects of the bids and

24    determined the risk adjusted value of

25    the Badger bid was superior, in light

1                    CLOSING REMARKS
2           of the qualitative conditions contained
3           in the Mammoth bid.  The Debtors
4           informed Mammoth during the break that
5           while their cash bid was higher, they
6           were not deemed the best bid and gave
7           them the opportunity to modify the bid
8           accordingly.
9              Mammoth has agreed to modify their
10          bid and waive the audit requirement as
11          a closing condition and to put the
12          entire purchase price at risk by
13          immediately funding the purchase price
14          into escrow once the Debtors satisfy
15          their closing conditions on a
16          nonrefundable basis.  At the 60th day
17          following satisfaction of the Debtors
18          closing conditions, they can either
19          agree to walk -- sorry, after the 60th
20          day following the sale order, Mammoth
21          can either abandon the funds that are
22          in escrow or close.  Regardless, all
23          funds in escrow become property of the
24          estate on the 60th day.  Also, Mammoth
25          has agreed to extend the closing

1              CLOSING REMARKS

2        deadline to June 30th.

3              With that, the Debtor and its

4        lender, Energy Capital Partners --

5        before designating Mammoth as the

6        highest and best bid, we would ask

7        Mammoth to confirm that the terms and

8        conditions I just placed on the record

9        conform to their understanding of the

10       bid.

11             MR. MCCARTHY:  We referenced a

12       good-faith measure on the audit.

13             MR. COHEN:  The Debtors will

14       cooperate in good faith to obtain an

15       audit.  It's not a closing condition,

16       but we will cooperate in good faith.

17             MR. MCCARTHY:  Correct.

18             MR. STABER:  But that is a material

19       term to us.

20             MR. MCCARTHY:  That is a material

21       term.

22             MR. COHEN:  With that, is that your

23       understanding of your bid?

24             MR. MCCARTHY:  Yes.

25             MR. COHEN:  So with that, the

1                    CLOSING REMARKS

2              Debtor has determined that Mammoth is

3              the highest and best bid, and asks

4              Badger if they wish to continue in this

5              auction.

6                   MS. PHILLIPPI:  No, we're good.

7                   MR. COHEN:  That concludes the

8              auction.

9                   MR. STABER:  Before you conclude,

10             will you declare, on that basis --

11                  MR. COHEN:  On that basis, we will

12             declare Mammoth the successful bidder

13             and Badger the backup bidder.  That

14             will conclude today's auction.

15                  MR. MCCARTHY:  Thank you.

16                  MR. COHEN:  Thank you.

17                  (Time noted:  6:50 p.m.)

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2

 3   STATE OF NEW YORK      )

 4                          ) ss:

 5   COUNTY OF NEW YORK     )

 6

 7              I, SADIE L. HERBERT, a Registered

 8   Professional Reporter and Notary Public, do

 9   hereby certify:

10              That transcription hereinbefore set

11   forth is a true record of the proceedings.

12              I further certify that I am not

13   related to any of the parties to this action by

14   blood or marriage; and that I am in no way

15   interested in the outcome of this matter.

16              IN WITNESS WHEREOF, I have hereunto

17   set my hand this 22nd day of March 2017.

18

19

20

21

22

23

24   _____

25   SADIE HERBERT, RPR, CLR
```

Case 17-10064-KG   Doc 167-1   Filed 03/23/17   Page 37 of 42

In re: Chieftain Sand and Proppant, LLC, et al.                    AUCTION PROCEEDINGS
March 22, 2017

**$**

**$1 (1)**
19:2
**$1.2 (1)**
22:19
**$3,500 (1)**
29:18
**$5,250,001 (2)**
16:5;17:21
**$7 (1)**
20:10
**$7.25 (1)**
20:16
**$8.25 (1)**
23:10

**A**

**abandon (1)**
31:21
**acceptable (1)**
17:3
**accommodate (1)**
10:11
**accordance (3)**
6:20;9:10;12:2
**accordingly (1)**
31:8
**acted (2)**
14:7,13
**action (2)**
14:11;34:13
**actually (2)**
14:17;20:12
**addition (2)**
7:6;16:8
**additional (1)**
16:6
**adjusted (1)**
30:24
**advisor (1)**
7:12
**affecting (1)**
11:13
**affirmative (2)**
19:25;27:24
**afterwards (1)**
18:12
**AG (1)**
9:2
**Again (1)**
21:16
**agree (2)**
12:23;31:19
**agreed (2)**
31:9,25
**Agreement (3)**
6:16,18;13:2
**Agreements (2)**
19:22;22:11
**Akin (1)**

**4:6**
**al (1)**
1:4
**allotted (1)**
10:25
**allow (1)**
10:12
**amount (8)**
10:10,21;16:8,10,
11,13,18;29:17
**amounts (1)**
16:7
**ANNEMARIE (5)**
2:18;7:18;14:2,16;
20:6
**announce (1)**
22:2
**announced (2)**
8:13;9:16
**anticipate (1)**
16:15
**anticipated (2)**
16:14,24
**APA (3)**
12:18;18:10,14
**APAs (3)**
18:25;19:11,20
**apples (2)**
18:25,25
**applying (1)**
15:16
**appoint (1)**
13:6
**approve (1)**
6:24
**approved (1)**
6:21
**approving (1)**
8:20
**arm's (2)**
14:8,14
**around (2)**
9:20;13:13
**aside (1)**
19:18
**aspects (1)**
30:23
**Asset (5)**
6:15,17;12:25;
19:21;22:11
**assets (1)**
6:2
**associated (2)**
22:14;24:10
**attributed (2)**
22:8,20
**AUCTION (48)**
1:11;5:9,10,18;6:3,
8,10,12;7:23;8:5,10,
10,14,25;9:6,9,16,18;
10:3,14,17;11:5,6,18;
12:22;13:8;15:5,14;
17:23;19:3;20:1,21;

**21:1;22:1,24;23:1;**
**24:1;25:1;26:1;27:1,**
**6,10,16;28:1;29:1;**
**33:5,8,14**
**audit (5)**
22:6,7;31:10;
32:12,15
**Austin (2)**
3:16,17
**authorized (1)**
6:2
**available (1)**
12:12

**B**

**back (12)**
21:15;22:21;23:20;
26:8,16,24;27:13;
28:13;29:5,14,24;
30:14
**backup (11)**
6:11,17;11:17,21,
25;12:15,19,23;13:4;
15:17;33:13
**BADGER (31)**
3:3,4,5,6;13:24;
20:25;21:2;23:11,13,
25;24:25;25:19;26:4,
20;27:3,19;28:6,11,
17,23;29:7,23;30:2,4,
6,8,10,18,25;33:4,13
**banking (1)**
7:10
**BANKRUPTCY (6)**
1:1;5:21;7:2;8:19;
12:20;14:12
**BARRETT (2)**
2:6;7:9
**Barron (2)**
16:22;17:3
**based (1)**
16:13
**baseline (1)**
18:21
**basis (4)**
11:9;31:16;33:10,
11
**become (1)**
31:23
**begin (3)**
21:18,23;23:2
**Begins (1)**
25:13
**BEHALF (9)**
2:3,12;3:3,12;4:3,
9;7:13;18:8;20:7
**BELMONTE (2)**
2:17;7:17
**best (6)**
11:11;17:22;19:3;
31:6;32:6;33:3
**bid (62)**

**6:11;7:21;9:5,6,8,**
**23;10:10,24,25;11:9;**
**12:25;15:18;17:20,**
**22;18:9,23;19:2;**
**20:9,13,16;21:2,7;**
**22:5,25;23:4,7,9,13,**
**22;24:23;25:2,5,15;**
**26:2,9,17,19,20,25;**
**27:2,17;28:3,4,8,9,**
**14,15,21;29:7,23;**
**30:17,19,25;31:3,5,6,**
**7,10;32:6,10,23;33:3**
**bidder (33)**
6:11,14,17,19;
7:14;9:3,21;10:4,5,8,
12,23;11:2,16,17,20,
21,23,25,25;12:10,
15,17,19,24;13:4;
14:13,24;15:12,17;
18:14;33:12,13
**bidders (14)**
7:20;9:25;10:15;
12:3,23;14:6;15:2,4;
16:2,16;17:25;18:17;
22:2;29:21
**bidder's (1)**
13:10
**bidding (36)**
5:20,23,24;6:5,6,
21;7:23;8:10,18,20;
9:7,11,13,19;10:7,9;
15:13;16:4,5;18:2,10,
14;19:12,15;20:3,4,
20,23;21:9,18;23:3;
25:3,13,24,25;29:16
**bids (20)**
7:25;8:4,11,17;
10:12;12:3;16:2;
18:19;21:11,21;
29:25;30:2,3,4,5,6,7,
8,9,23
**both (1)**
11:24
**breach (1)**
12:11
**break (6)**
27:9;28:25;29:11;
30:11,20;31:4
**breaks (1)**
5:13
**business (1)**
12:5
**buyer (7)**
16:7;17:2,12,16,
16;24:8,12

**C**

**can (9)**
7:4;10:17;17:7;
18:5,9,18;19:13;
31:18,21
**canceled (1)**

**16:25**
**cap (1)**
7:22
**CAPITAL (14)**
2:12,13,14,16,17;
7:15;14:3;20:4,8,19;
21:12,19;30:22;32:4
**Case (2)**
1:5;6:18
**cash (3)**
16:6;30:22;31:5
**Center (1)**
1:7
**CEO (1)**
2:4
**certain (2)**
15:25;16:6
**certainty (1)**
11:14
**certify (1)**
34:12
**Chairman (1)**
4:4
**changed (1)**
9:15
**changes (1)**
9:9
**Chief (1)**
7:7
**Chieftain (5)**
1:4;2:3,4;5:7;21:17
**choosing (1)**
30:19
**CHRIS (2)**
2:7;7:10
**clarify (1)**
24:17
**clarifying (1)**
24:3
**clear (1)**
16:3
**CLEMENTE (6)**
3:17;18:4,7,7,16;
19:4
**close (4)**
6:19;12:10,16;
31:22
**closing (19)**
6:22;11:22;16:14,
23;17:7;19:19;22:3,
6,9,10;30:1;31:1,11,
15,18,25;32:1,15;
33:1
**CLR (1)**
34:25
**CO (4)**
1:23;2:6,7;7:11
**CODY (1)**
3:6
**COHEN (62)**
2:8;5:3,4;13:17;
14:5,23;15:11,24;
18:5,13,24;19:5,8,16,

24;20:2,11,17,23;
21:4,8,15,16;23:5,9,
11,13,16,18;24:5,17,
20,23;25:3,7,10,12,
21,23;26:6,14,22,24;
27:5,8,13,25;28:7,12,
18,24;29:4,10,14;
30:11,14;32:13,22,
25;33:7,11,16
**collateral (1)**
17:3
**colleague (1)**
5:17
**colluded (1)**
14:25
**commence (3)**
18:2;20:4;28:2
**comments (1)**
29:15
**COMMODITY (8)**
4:9,10,12;9:2;
13:20;19:11;21:6;
23:2
**communications (1)**
14:25
**competing (2)**
8:11;11:9
**compliant (1)**
22:7
**concerning (4)**
7:25;8:4;21:21;
22:4
**conclude (4)**
10:17;21:5;33:9,14
**concluded (5)**
6:12;13:4;20:19;
22:23;23:19
**concludes (4)**
21:9;25:23;26:6;
33:7
**conclusion (7)**
6:9;11:6,18;12:6;
27:14;29:6;30:15
**condition (7)**
19:20;22:3,7,9,10;
31:11;32:15
**conditionality (1)**
11:14
**conditions (9)**
8:12,18;12:24;
13:3;15:16;31:2,15,
18;32:8
**conducted (1)**
9:18
**confirm (6)**
14:10,24;15:12;
18:9;20:18;32:7
**confirmed (13)**
14:18,20,22;15:6,7,
8,9,10,19,20,21,22,23
**conform (1)**
32:9
**connection (1)**

5:19
**considered (1)**
17:24
**consult (1)**
7:24
**consultation (3)**
11:7;22:12;30:21
**consulted (1)**
21:19
**consummating (1)**
6:23
**consummation (2)**
11:15;12:14
**contained (1)**
31:2
**cont'd (2)**
3:1;4:1
**continue (4)**
10:13;13:5;20:23;
33:4
**contract (1)**
24:14
**contracts (6)**
17:14,15,18;24:8,
11,11
**contractual (1)**
11:10
**controlling (1)**
15:3
**COO (1)**
3:13
**cooperate (2)**
32:14,16
**copies (1)**
6:7
**copy (1)**
6:5
**COREY (1)**
3:10
**corporate (2)**
5:16;7:6
**CORPORATION (5)**
3:3,4,5,7;13:25
**cost (1)**
24:4
**costs (6)**
16:11;17:12,12,14;
24:6,7
**counsel (2)**
5:5;7:19
**County (2)**
16:22;17:3
**couple (3)**
7:5;21:23;29:15
**COURT (10)**
1:1,23;5:11,22;
6:22;7:2;8:19;12:20;
13:12;14:12
**credenza (1)**
6:7
**credit (7)**
7:21;16:21,25;
20:9;22:15,18;29:18

**cure (10)**
16:10;17:11,12,13,
17;24:4,6,7,10,15
**current (1)**
21:22
**currently (3)**
8:6;12:7;16:15

## D

**DAHAN (2)**
2:7;7:10
**date (2)**
8:2;9:5
**dated (1)**
8:15
**DAVID (1)**
4:6
**day (4)**
31:16,20,24;34:17
**days (4)**
11:23;12:5;15:18;
17:8
**de (3)**
22:14,17,20
**deadline (1)**
32:2
**dealt (1)**
14:7
**debt (1)**
17:10
**Debtor (2)**
32:3;33:2
**Debtors (30)**
5:6,6,8;6:13;7:22,
24;8:2,13,16,22;9:13,
15;10:19;11:7,19,24;
12:11,17;14:5,8;
16:15;17:5,8,19;
22:8;30:20;31:3,14,
17;32:13
**Debtors' (4)**
6:2;7:7;11:12;
16:20
**decide (1)**
10:13
**declare (2)**
33:10,12
**declines (1)**
10:25
**deem (1)**
10:22
**deemed (1)**
31:6
**defined (1)**
16:9
**DELANEY (2)**
2:13;7:16
**DELAWARE (3)**
1:2;5:21;7:3
**deposit (1)**
12:12
**deposits (3)**

11:19;12:2,4
**designating (1)**
32:5
**determined (4)**
9:13;17:20;30:24;
33:2
**difference (1)**
22:10
**differences (1)**
19:19
**different (1)**
19:12
**differentials (1)**
19:14
**DIP (5)**
16:9,12,17;17:6;
29:17
**disclosed (2)**
19:13;24:5
**disclosing (1)**
19:16
**disclosure (1)**
21:25
**disclosures (1)**
21:23
**discouraging (1)**
15:3
**discuss (2)**
15:25;21:11
**discussions (3)**
5:11,14;8:3
**DISTRICT (2)**
1:2;7:2
**dollars (1)**
24:24
**done (2)**
9:19;30:10
**down (2)**
16:11;29:20
**draw (1)**
17:9
**drawn (1)**
17:5
**drop (1)**
10:14
**dropped (2)**
27:9,15
**dropping (1)**
27:6
**due (2)**
12:10;16:18
**during (9)**
8:14;9:6,21,22;
10:2,22;13:8;30:20;
31:4

## E

**EAGLE (33)**
3:12,13,15;13:14;
17:20;18:8;20:11,12;
23:3,5,21;25:4,5,14,
15,25;26:2,8,9,16,17,

24,25;28:2,3,7,8,13,
14,19,20;29:8,9
**earlier (1)**
11:21
**East (1)**
1:
**ed (1)**
34:15
**EisnerAmper (2)**
2:10;7:13
**either (5)**
5:7;7:21;15:2;
31:18,21
**ELLEN (1)**
1:23
**email (1)**
8:15
**EMMERT (26)**
4:10,12;13:19,19;
14:22;15:8,21;19:7,
10,10,23;21:7;23:15,
17;24:2,16,18,22;
25:2,11,22;26:5,12,
23;27:4,7
**ENERGY (17)**
2:12,13,14,16,17;
4:3,4;7:15;13:22;
14:3;20:3,7,18;21:12,
19;30:21;32:4
**entered (1)**
5:21
**entire (1)**
31:12
**entirety (1)**
10:2
**equitable (1)**
12:13
**ertify (1)**
34:9
**escrow (3)**
31:14,22,23
**ESQ (9)**
2:8,9,14,18;3:8,15,
16,17;4:6
**essentially (1)**
19:21
**established (1)**
5:24
**estate (1)**
31:24
**estates (1)**
11:12
**et (1)**
1:4
**evaluated (1)**
30:22
**event (2)**
10:3;12:15
**everyone (1)**
16:4
**EVP (1)**
3:13
**execute (2)**

6:15;12:18
**Executive (1)**
7:8
**exercising (1)**
11:2
**extend (1)**
31:25
**extent (5)**
5:13;6:4;12:21;
17:15;24:13

**F**

**facility (3)**
16:20;17:6,10
**fact (1)**
16:19
**factors (3)**
11:10,13;17:23
**fails (1)**
6:19
**fair (1)**
19:17
**faith (4)**
14:7,14;32:14,16
**favor (1)**
16:22
**February (1)**
5:22
**fee (3)**
22:14,20;29:19
**few (1)**
7:4
**Field (1)**
4:7
**Fifth (1)**
1:
**filed (1)**
24:6
**final (2)**
11:8;12:3
**finalize (2)**
6:14,17
**Finally (2)**
15:24;21:4
**financial (1)**
7:12;11:9
**finding (1)**
14:12
**firm (1)**
7:11
**first (2)**
13:11;21:25
**five (1)**
12:5
**Floor (2)**
1:;19:15
**following (2)**
31:17,20
**follows (1)**
9:19
**forth (1)**
8:15

**forward (3)**
8:25;27:20;29:22
**free (1)**
11:2
**Fund (1)**
14:4
**funding (1)**
31:13
**funds (2)**
31:21,23
**further (5)**
10:6;11:4,23;
12:15;34:12

**G**

**Gateway (1)**
1:7
**gave (1)**
31:6
**Gibbons (3)**
2:8,9;5:5
**given (3)**
9:25;10:4;29:20
**goal (1)**
15:2
**GOLDMAN (2)**
2:9;5:17
**GOOD (6)**
3:8;14:7,14;32:14,
16;33:6
**good-faith (1)**
32:12
**GRAUER (1)**
1:23
**GRAY (2)**
2:14;7:16
**Gross (1)**
6:25
**ground (1)**
8:9
**guess (1)**
18:20
**Gump (1)**
4:6

**H**

**HAACK (19)**
3:13;13:15,15;
14:19;15:7,20;23:4,
22;25:5,15;26:2,9,17,
25;28:3,8,14,20;29:9
**H-A-A-C-K (1)**
13:16
**half (1)**
24:24
**HART (1)**
3:5
**Hauer (1)**
4:7
**hearing (3)**
6:13,23;12:6

**Herbert (2)**
1:12;34:7
**hereinbefore (1)**
34:10
**hereunto (1)**
34:16
**higher (1)**
31:5
**highest (6)**
17:21;19:2;27:17;
29:7;32:6;33:3
**Holt (3)**
2:6,7;7:11
**horse (1)**
7:14
**HOWARD (3)**
2:8;5:4;21:16

**I**

**identify (3)**
11:16;18:5;19:8
**immediately (1)**
31:13
**INC (6)**
3:12,14,15;4:3,5,9
**includes (1)**
9:8
**including (5)**
9:8;11:13;12:13;
15:15;16:8
**inconsistently (1)**
14:13
**increase (4)**
12:2;20:8,16;30:19
**incremental (1)**
10:24
**increments (1)**
9:14
**indicated (1)**
30:18
**individual (1)**
13:7
**Industrial (1)**
8:24
**informed (3)**
8:23;29:16;31:4
**informs (1)**
7:22
**initially (1)**
8:16
**instead (1)**
8:25
**intend (2)**
8:24;18:2
**interest (1)**
11:12
**into (4)**
17:22;19:3;27:18;
31:14
**introductions (1)**
7:5
**investment (1)**

7:10
**irrevocable (2)**
9:10;13:2
**issued (1)**
16:22
**item (1)**
16:19

**J**

**JAMES (1)**
4:12
**JENNIFER (2)**
2:14;7:16
**JERRY (3)**
4:10;13:19;19:10
**Jersey (2)**
1:,14
**joined (1)**
5:16
**Judge (1)**
6:25
**June (1)**
32:2

**K**

**KATHERINE (1)**
3:8
**keeping (1)**
15:17
**knows (1)**
16:4

**L**

**LARRY (2)**
2:9;5:17
**last (7)**
8:23;13:11;24:23;
27:15;29:6,23;30:15
**Latham (3)**
2:18;7:19;20:7
**lay (1)**
8:8
**lead (1)**
17:20
**least (1)**
9:23
**legal (1)**
12:13
**lender (9)**
7:14,21,25;8:3,6;
11:8;21:20;30:21;
32:4
**lenders (2)**
22:13;29:16
**length (2)**
14:8,14
**less (1)**
10:16
**letter (5)**
16:21,25;22:15,18;

29:18
**light (1)**
30:25
**likely (1)**
11:7
**limit (1)**
10:15
**LLC (6)**
1:4,23;2:3,5;4:11,
13
**LLP (2)**
2:10;4:7
**longer (1)**
7:23;20:20
**LORI (2)**
3:4;13:23

**M**

**M&A (1)**
3:10
**making (4)**
9:9;17:17;24:9,15
**MAMMOTH (34)**
4:3,4;13:22;20:14,
15;22:5;23:6,9,23;
25:7,17;26:19;27:2,
23;28:4,9,15,21;
29:24,25;30:3,5,7,9,
17;31:3,4,9,20,24;
32:5,7;33:2,12
**MARC (2)**
4:4;13:21
**March (5)**
1:;7:3;8:16;12:7;
34:17
**marriage (1)**
34:14
**material (2)**
32:18,20
**MATERIALS (4)**
3:12,13,15;17:21
**MATT (4)**
2:13;3:15;7:16;
18:7
**matter (1)**
34:15
**matters (1)**
15:25
**MATTHEW (1)**
3:17
**MAX (2)**
2:6;7:9
**may (2)**
12:12,19
**MCCARTHY (29)**
4:4;13:21,21;
14:20;15:9,23;20:15;
23:7,23;25:8,17;26:3,
10,19;27:2;28:4,9,15,
21;29:25;30:3,5,7,9;
32:11,17,20,24;33:15
**M-C-C-A-R-T-H-Y (1)**

**13:22**
**means (2)**
  15:17;20:13
**measure (1)**
  32:12
**meetings (1)**
  5:13
**mentioned (3)**
  19:18;22:4,13
**Mezzanine (1)**
  14:3
**MICHAEL (2)**
  3:13;13:15
**M-I-C-H-A-E-L (1)**
  13:16
**MIDWEST (19)**
  4:9,10,12;9:2,3;
  13:20;19:10;21:5;
  22:25;23:14,19;
  24:21;25:10,21;
  26:15,22;27:5,9,15
**million (21)**
  20:10,16;21:3;
  22:19,24;23:4,5,8,10,
  13,18,22,24;24:24;
  25:6,8,16,18,20;
  26:21;27:22
**mind (1)**
  24:3
**minimis (3)**
  22:14,18,20
**minimum (3)**
  9:14,24;27:21
**MINING (5)**
  3:3,4,5,6;13:24
**minor (1)**
  19:19
**minute (1)**
  28:25
**minutes (1)**
  10:16
**modify (2)**
  31:7,9
**moments (1)**
  7:4
**morning (1)**
  15:15
**move (1)**
  23:20

**N**

**name (3)**
  5:4;13:11,11
**necessary (1)**
  10:22
**need (1)**
  16:7
**needs (1)**
  6:4
**negotiation (1)**
  18:11
**New (7)**

**1:,13,13,24,24;**
  34:3,5
**Newark (1)**
  1:
**NEWBY (1)**
  3:15
**next (6)**
  10:12;13:18;17:7;
  25:3,13,25
**night (1)**
  8:23
**nonassigned (1)**
  17:18
**nonrefundable (1)**
  31:16
**Northern (1)**
  8:23
**Notary (2)**
  1:13;34:8
**noted (1)**
  33:17
**number (3)**
  22:17,22;24:22

**O**

**objections (1)**
  24:6
**obtain (2)**
  12:19;32:14
**obviously (1)**
  18:11
**off (3)**
  5:14;18:10,14
**Officer (1)**
  7:8
**onal (1)**
  34:8
**once (2)**
  7:20;31:14
**One (12)**
  1:7;9:25;11:2;
  13:6;19:19,20;21:25;
  22:10;24:2;26:13,14;
  28:25
**Only (4)**
  5:11;16:19;17:12;
  24:11
**open (1)**
  15:18
**OPENING (14)**
  6:1;7:1;8:1;9:1;
  10:1;11:1;12:1;13:1;
  14:1;15:1;16:1;17:1;
  18:1;19:1
**opportunity (3)**
  9:25;14:4;31:7
**order (7)**
  5:20,23;6:5;8:20;
  12:20;23:21;31:20
**otherwise (3)**
  9:15;17:22;19:3
**out (5)**

**10:14;27:6,9,15;**
  29:9
**outcome (1)**
  34:15
**outlined (1)**
  15:15
**outside (1)**
  7:18
**outstanding (1)**
  16:19
**overbid (2)**
  9:24;27:21

**P**

**page (1)**
  16:4
**paid (2)**
  22:16,21
**PAREL (1)**
  3:16
**participant (1)**
  8:6
**participating (4)**
  11:4;12:22;15:4;
  20:21
**particular (2)**
  9:22;24:13
**parties (2)**
  19:12;34:13
**partner (2)**
  7:6;9:2
**PARTNERS (14)**
  2:12,13,15,16,17;
  7:15;14:3;20:4,8,19;
  21:12,20;30:22;32:4
**party (3)**
  6:4;13:6,8
**pass (10)**
  10:2,4,6;11:3;
  26:12,13,15,15;27:4;
  28:20
**passes (1)**
  29:21
**pay (1)**
  16:7
**payment (2)**
  16:17;24:15
**payments (2)**
  17:18;24:10
**PC (3)**
  2:8,9;5:5
**people (1)**
  18:22
**perceive (1)**
  18:19
**permit (2)**
  16:23;17:4
**permitted (1)**
  10:5
**PHILLIPPI (25)**
  3:4;13:23,23;
  14:21;15:10,22;21:2;

**23:12,25;25:9,19;**
  26:4,11,20;27:3;28:6,
  11,17,23;30:2,4,6,8,
  10;33:6
**P-H-I-L-L-I-P-P-I (1)**
  13:24
**Pickering (3)**
  2:6,7;7:11
**piece (2)**
  17:6,9
**placed (1)**
  32:8
**play (1)**
  21:22
**pm (1)**
  33:17
**point (7)**
  7:24;10:20;18:24;
  19:22;20:17;21:10;
  27:5
**portion (1)**
  20:9
**Possession (1)**
  5:6
**post (1)**
  17:2
**present (1)**
  16:13
**Preston (1)**
  3:9
**prevent (1)**
  14:11
**price (5)**
  15:3;17:23;20:10;
  31:12,13
**prior (3)**
  6:12;8:5;9:23
**procedures (13)**
  5:20,23,24;6:5,6,
  21;8:11,19,21;9:7,11,
  12;15:13
**proceed (2)**
  6:22;12:18
**PROCEEDINGS (12)**
  1:11;20:1;21:1;
  22:1;23:1;24:1;25:1;
  26:1;27:1;28:1;29:1;
  34:11
**process (3)**
  8:7;11:11;13:8
**Professional (1)**
  1:12
**prohibited (1)**
  11:3
**promptly (1)**
  10:8
**property (1)**
  31:23
**Proppant (3)**
  1:4;2:3,5
**Public (2)**
  1:13;34:8
**Purchase (8)**

**6:15,18;13:2;**
  19:21;20:9;22:11;
  31:12,13
**purposes (3)**
  13:9;27:17,19
**Pursuant (1)**
  9:12
**pursue (1)**
  12:12
**put (1)**
  31:11

**Q**

**qualified (1)**
  8:17
**qualitative (2)**
  30:23;31:2

**R**

**raised (1)**
  27:21
**RBERT (1)**
  34:25
**re (1)**
  1:3
**reaches (1)**
  7:21
**reason (1)**
  10:21
**receive (1)**
  12:4
**received (1)**
  8:17
**recess (8)**
  10:20;20:24;21:11,
  13;27:11;29:2,12;
  30:12
**recesses (2)**
  10:11,16
**reclamation (2)**
  16:23;17:4
**record (18)**
  5:4,12,14;8:14;
  9:17;13:9;14:10;
  18:18;19:9;21:16;
  22:3;27:14;29:5,15;
  30:15,16;32:8;34:11
**REF (1)**
  1:25
**refer (1)**
  5:7
**referenced (1)**
  32:11
**regarding (1)**
  18:17
**Regardless (1)**
  31:22
**Registered (2)**
  1:12;34:7
**REILLY (10)**
  2:18;7:18;14:2,2,

18;15:6,19;20:6,6,22
**R-E-I-L-L-Y (1)**
14:4
**related (3)**
6:6;12:25;17:14
**relating (3)**
5:24;15:25
**relevant (1)**
11:11
**REMARKS (18)**
6:1;7:1;8:1;9:1;
10:1;11:1;12:1;13:1;
14:1;15:1;16:1;17:1;
18:1;19:1;30:1;31:1;
32:1;33:1
**remedies (1)**
12:13
**repayment (4)**
16:10,12,18;29:17
**Reporter (4)**
1:12;5:11;13:12;
34:8
**REPORTING (1)**
1:23
**representative (2)**
13:10;14:9
**requested (2)**
22:2,6
**required (2)**
9:22;12:21
**requirement (1)**
31:10
**requirements (1)**
14:15
**reserve (1)**
10:19
**respect (5)**
16:12,17;17:11;
24:7,8
**respond (1)**
10:9
**response (2)**
19:25;27:24
**responsible (4)**
17:13,17;24:9,14
**retain (2)**
11:19;12:11
**return (1)**
12:4
**review (1)**
11:8
**reviewed (1)**
15:13
**right (5)**
10:19;21:8;24:20;
29:4,10
**risk (2)**
30:24;31:12
**ROBERT (2)**
2:17;7:17
**ROMER (2)**
2:16;7:16
**room (3)**

6:8;9:20;13:13
**round (25)**
9:21,22;10:4,23;
20:5,24;21:5,9,18,20,
24;22:5,23;23:2,19,
20;25:3,13,24,25;
26:7;27:15,18,20;
29:6
**rounds (3)**
9:20;10:7;11:4
**RPR (1)**
34:25
**rules (1)**
8:9

**S**

**Sadie (2)**
1:11;34:7
**sale (11)**
5:25;6:13,23,24;
11:15,22;12:6,14,16,
20;31:20
**sales (1)**
11:11
**SAM (2)**
2:16;7:16
**same (3)**
16:3;19:21;23:21
**Sand (3)**
1:4;2:3,4
**satisfaction (1)**
31:17
**satisfy (1)**
31:14
**scheduled (3)**
5:19;6:24;12:7
**Schenck (1)**
3:10
**SCOTT (1)**
3:16
**SEC (1)**
22:7
**second (2)**
12:19;18:16
**secure (2)**
16:22;17:4
**select (1)**
6:10
**SERRI (2)**
2:4;7:8
**serve (1)**
12:23
**SERVICES (5)**
4:3,5,9,11,13
**serving (1)**
13:3
**set (2)**
8:14;34:10
**short (6)**
10:11;21:13;27:11;
29:2,12;30:12
**shortly (1)**

22:17
**Sidley (2)**
3:16,17
**six (1)**
8:17
**Solutions (1)**
3:10
**sorry (2)**
20:12;31:19
**speak (1)**
13:7
**speed (1)**
11:14
**spell (1)**
13:12
**ss (1)**
34:4
**STABER (3)**
4:6;32:18;33:9
**stalking (1)**
7:14
**standby (2)**
16:21,24
**stands (1)**
29:17
**start (3)**
13:14;14:16;16:5
**started (1)**
8:8
**starting (1)**
18:22
**state (4)**
13:11;18:18;21:11,
22
**stated (1)**
18:22
**STATES (3)**
1:1,13;6:25
**STEVE (1)**
3:5
**Strauss (1)**
4:6
**Street (1)**
1:
**subject (4)**
8:12,17;9:7;18:10
**submit (1)**
10:23
**submitted (9)**
8:5;9:5,6;11:20;
18:15;21:21;22:25;
24:24;27:19
**subsequent (2)**
7:25;10:6
**substantially (1)**
5:25
**substitute (1)**
17:2
**successful (11)**
6:10,14,19;9:3;
11:16,20,22,25;
12:10,17;33:12
**superior (1)**

30:25
**Sure (1)**
24:5

**T**

**Taylor (1)**
3:9
**term (4)**
17:6,9;32:19,21
**terms (5)**
8:12,18;11:10;
12:24;15:14,16;
19:11,17;32:7
**Thereafter (1)**
6:20
**throughout (1)**
5:8
**times (1)**
14:7
**timing (1)**
16:14
**today (9)**
5:16,18;7:7,9;9:4;
10:18;13:6;16:2;
22:22
**today's (9)**
5:8,10;6:9;7:23;
8:9,25;9:9,16;33:14
**toward (1)**
20:3
**transaction (1)**
12:9
**transcribed (3)**
5:10,12,15
**transcription (1)**
34:10
**true (1)**
34:11
**try (3)**
10:11,15,17
**trying (1)**
18:20
**Tudor (3)**
2:6,7;7:11
**turn (3)**
20:3;23:6;29:8
**two (1)**
29:20

**U**

**under (1)**
16:20
**understands (2)**
15:12,14
**undisputed (2)**
16:10;17:11
**UNITED (2)**
1:1;6:25
**unless (2)**
9:15;17:24
**unlikely (1)**

17:9
**up (2)**
9:23;20:25
**update (1)**
8:22
**upon (1)**
16:14

**V**

**value (4)**
18:19,23;22:8;
30:24
**VANDERPOEL (1)**
3:10
**VIC (1)**
2:4
**Victor (1)**
7:8

**W**

**waive (1)**
31:10
**walk (1)**
31:19
**wants (1)**
10:13
**Watkins (3)**
2:18;7:19;20:7
**way (2)**
8:22;34:14
**WAYNE (2)**
2:10;7:12
**WEITZ (2)**
2:10;7:12
**what's (2)**
18:21;24:22
**WHEREOF (1)**
34:16
**Whereupon (5)**
21:13;27:11;29:2,
12;30:12
**Whiteford (1)**
3:8
**WICKERSHEIM (1)**
3:6
**wind (1)**
16:11
**wish (1)**
33:4
**within (2)**
10:24;12:5
**WITNESS (1)**
34:16
**wondering (1)**
24:3
**work (2)**
6:13,16

**Y**

**York (5)**

1:13,24,24;34:3,5

# 1

**1 (8)**
  20:5,24;21:5,9,20;
  22:5,23;27:22
**10 (1)**
  25:6
**10.25 (1)**
  25:8
**10.5 (1)**
  25:9
**10.75 (2)**
  25:11,12
**10:04 (1)**
  21:14
**10:49 am (1)**
  27:12
**10022 (1)**
  1:24
**11 (1)**
  25:16
**11.25 (1)**
  25:18
**11.5 (1)**
  25:20
**11.75 (1)**
  25:22
**11:00 (2)**
  7:3;12:8
**11:07 am (1)**
  29:3
**11:15 am (1)**
  29:13
**11:41 am (1)**
  30:13
**114396 (1)**
  1:25
**12 (1)**
  26:2
**12,750,000 (1)**
  26:5
**12.25 (1)**
  26:3
**12.5 (1)**
  26:4
**126 (1)**
  1:
**13 (1)**
  26:9
**13,750,000 (1)**
  26:18
**13.25 (1)**
  26:10
**13.5 (1)**
  26:11
**14 (1)**
  26:19
**14.25 (1)**
  26:21
**14.5 (1)**
  26:23

**14.75 (1)**
  26:25
**15 (2)**
  10:16;27:2
**15,250,000 (1)**
  27:18
**15.25 (1)**
  27:3
**16.25 (1)**
  28:3
**17.25 (1)**
  28:5
**17-10064 (1)**
  1:5
**18.25 (1)**
  28:6
**19.25 (1)**
  28:8

# 2

**2 (4)**
  21:18,24;23:2,19
**20.25 (1)**
  28:10
**2017 (4)**
  1:;5:22;8:16;34:17
**21 (1)**
  8:16
**21.25 (1)**
  28:11
**212-750-6434 (1)**
  1:
**22 (1)**
  1:
**22.25 (1)**
  28:14
**22nd (1)**
  34:17
**23.25 (1)**
  28:16
**24.25 (1)**
  28:17
**25.25 (1)**
  28:22
**250,000 (3)**
  9:14,24;27:22
**26,250,000 (2)**
  29:7,24
**26.25 (1)**
  28:23
**27 (1)**
  7:3
**27.25 (1)**
  29:25
**27th (1)**
  12:7
**28.25 (1)**
  30:2
**29.25 (1)**
  30:3

# 3

**3 (2)**
  5:22;23:20
**30 (1)**
  17:7
**30.25 (1)**
  30:4
**30th (1)**
  32:2
**31.25 (1)**
  30:5
**32.25 (1)**
  30:6
**33.25 (1)**
  30:7
**34.25 (1)**
  30:8
**35,250,000 (1)**
  30:17
**35.25 (1)**
  30:9

# 5

**56th (1)**
  1:

# 6

**6:50 (1)**
  33:17
**60 (1)**
  17:8
**60th (3)**
  31:16,19,24

# 7

**7,750,000 (1)**
  21:7
**7.5 (1)**
  21:3
**7.75 (1)**
  22:24

# 8

**8 (2)**
  23:4,5
**8,750,000 (1)**
  23:16
**8.25 (1)**
  23:8
**8.5 (2)**
  23:12,13
**8.75 (2)**
  23:15,18

# 9

**9 (2)**

23:22;24:23
**9,750,000 (1)**
  25:2
**9.25 (1)**
  23:24
**9.5 (1)**
  23:25
**9:50 (1)**
  1:9
**90 (2)**
  11:23;15:18