## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC     Case No. 17-10064(KG)
Debtors     Reporting Period: __03/01/2017 to 03/31/2017__

### CONSOLIDATED MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | N/A | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | N/A | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

APRIL 14, 2017
Date

Vic Serri            CEO
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC**
Debtors

Case No. 17-10064(KG)
Reporting Period: <u>03/01/2017 to 03/31/2017</u>

## CONSOLIDATED SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this i
first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column n
equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INT
REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements jou
must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | DIP Operating | APA Deposits | Utility Deposit | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 1,067,753 | 0 | 6,000 | 1,073,753 | 303,507 | 827,959 | 846,668 |
| | | | | | | | |
| **RECEIPTS** | | | | | | | |
| CUSTOMER PREPAYMENT | 116,000 | | | 116,000 | | 616,000 | 0 |
| ACCOUNTS RECEIVABLE | 6,814 | | | 6,814 | | 161,668 | 5,694 |
| APA DEPOSITS | | 1,722,495 | | 1,722,495 | | 1,722,495 | 0 |
| SALE OF ASSETS | | | | 0 | | 0 | 0 |
| OTHER | | | | 0 | 535 | 2,154 | 1,605 |
| TRANSFERS (FROM DIP ACCTS) | | | | 0 | | 0 | 0 |
| TRANSFERS BETWEEN ACCTS | | | | 0 | | 0 | 0 |
| TOTAL RECEIPTS | 122,814 | 1,722,495 | 0 | 1,845,309 | 535 | 2,502,317 | 7,299 |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL AND BENEFITS | 123,986 | | | 123,986 | 126,750 | 280,984 | 291,050 |
| EQUIPMENT LEASES | 37,402 | | | 37,402 | 34,296 | 107,749 | 75,463 |
| RENT - OFFICE | 4,931 | | | 4,931 | 2,413 | 9,355 | 7,121 |
| UTILITIES | 9,519 | | | 9,519 | 12,615 | 14,642 | 31,495 |
| INSURANCE | 26,894 | | | 26,894 | 27,000 | 81,047 | 81,000 |
| ACCOUNTING AND LEGAL | 22,095 | | | 22,095 | 48,000 | 26,185 | 64,000 |
| OTHER CASH EXPENSES | 18,285 | | | 18,285 | 14,599 | 74,364 | 101,969 |
| | | | | 0 | | 0 | 0 |
| DIP FEES | | | | 0 | 0 | 0 | 20,000 |
| INDEPENDENT DIRECTOR | | | | 0 | 20,000 | 0 | 60,000 |
| DEBTOR PROFESSIONAL FEES | 62,538 | | | 62,538 | 175,000 | 62,538 | 175,000 |
| INVESTMENT BANKER | 68,170 | | | 68,170 | 75,000 | 128,170 | 150,000 |
| NOTICING AGENT FEES | 37,020 | | | 37,020 | 5,000 | 37,020 | 25,000 |
| CREDITOR COMMITTEE FEES | | | | 0 | 75,000 | 0 | 75,000 |
| UST FEES | | | | 0 | | 0 | 0 |
| LIQUIDATING TRUSTEE FEES | | | | 0 | | 0 | 0 |
| ADEQUATE ASSURANCE/UTILITY DEPOSIT | | | | 0 | | 0 | 6,000 |
| OTHER BANKRUPTCY DISBURSEMENTS | | | | 0 | | 0 | 2,500 |
| | | | | | | | |
| **TOTAL DISBURSEMENTS** | 410,840 | 0 | 0 | 410,840 | 615,673 | 822,054 | 1,165,598 |
| | | | | | | | |
| NET CASH FLOW | -288,026 | 1,722,495 | 0 | 1,434,469 | -615,138 | 1,680,263 | -1,158,299 |
| DRAW (REPAYMENT) | | | | | 561,631 | 0 | 561,631 |
| | | | | | | | |
| **CASH - END OF MONTH** | 779,727 | 1,722,495 | 6,000 | 2,508,222 | 250,000 | 2,508,222 | 250,000 |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | -822,054 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | -822,054 |

FORM MOR-1
(04/07)

In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC

**Debtors**                                                    Reporting Period:

Case No. 17-10064(KG)

03/01/2017 to 03/31/2017

See QuickBooks Bank Reconciliation - pdf file

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Petty Cash | | Operating | | Restricted | | Other | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|    balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC**                     **Case No. 17-10064(KG)**
**Debtor**                                                                          Reporting Period: __03/01/2017 to 03/31/2017__

## CONSOLIDATED SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Tudor Pickering Holt | February | 60,000.00 | Chieftain Sand | Wire | 2/23/2017 | 60,000.00 | | 60,000.00 | 0.00 |
| Tudor Pickering Holt | March | 65,171.64 | Chieftain Sand | Wire | 3/2/2001 | 60,000.00 | 5,171.64 | 60,000.00 | 5,171.64 |
| Donlin, Recano | 1/9/17-1/31/17 | 32,439.24 | Chieftain Sand | 23932 | 3/3/2017 | 32,439.24 | | 32,439.24 | 0.00 |
| Donlin, Recano | 1/11/17-1/31/17 | 4,580.80 | Chieftain Sand | 23957 | 3/31/2017 | 4,580.80 | | 4,580.80 | 0.00 |
| Gibbons P.C. | January | 62,538.12 | Chieftain Sand | Wire | 3/16/2017 | 62,500.00 | 38.12 | 62,500.00 | 38.12 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC | Case No. 17-10064(KG)
Debtors | Reporting Period: | 03/01/2017 to 03/31/2017

## CONSOLIDATED STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $116,245 | $772,219 |
| Less:  Returns and Allowances | | 0 |
|   Net Revenue | 116,245 | 772,219 |
| **COST OF GOODS SOLD** | | |
| Labor and benefits | 37,375 | 115,812 |
| Equipment rentals | 34,028 | 100,750 |
| Fuel | 2,174 | 8,946 |
| Permits | 0 | 11,090 |
| Contractors | 3,815 | 9,386 |
| Repairs and maintenance | 7,468 | 11,848 |
| Safety and environmental | 695 | 4,193 |
| Rail and logistics | 22,587 | 116,518 |
| Utilities | 9,000 | 41,614 |
| Property taxes | 37,605 | 112,815 |
| Insurance | 15,034 | 45,102 |
| Depreciation and accretion | 344,491 | 1,033,473 |
|   Cost of Goods Sold | 514,272 | 1,611,547 |
| | | |
| Gross Profit | -398,027 | -398,027 |
| **OPERATING EXPENSES** | | |
| Administrative labor and benefits | 79,763 | 225,297 |
| Dues and subscriptions | 190 | 408 |
| Insurance | 8,526 | 25,578 |
| Consulting | 0 | 5,889 |
| IT expenses | 882 | 3,954 |
| Office expense | 1,502 | 3,589 |
| Rent expense - office | 2,415 | 7,784 |
| Bank and finance charges | 213 | 4,158 |
| Travel | 3,259 | 9,238 |
| Communications | 1,187 | 1,909 |
| Data room | 1,999 | 4,827 |
| Accounting and legal | 20,000 | |
| Utilities | | 0 |
| Other (attach schedule) | | 0 |
| | | |
| Net Profit (Loss) Before Other Income & Expenses | -517,963 | -517,963 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | 0 |
| Interest Expense | -180,401 | -749,690 |
| Amortization | -197,577 | -584,966 |
| Other Expense (attach schedule) | | 0 |
| | | |
| Net profit (Loss) Before Reorganization Items | -895,941 | -895,941 |
| **REORGANIZATION ITEMS** | | |
| Professional fees | -278,397 | -472,714 |
| U.S. Trustee Quarterly fees | | 0 |
| Other Reorganization Expenses (attach schedule) | | 0 |
| Total Reorganization Expenses | | 0 |
| Income Taxes | | 0 |
| Net Profit (Loss) | -$1,174,338 | -$2,939,329 |

**In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC**
**Debtors**

Case No. 17-10064(KG)
Reporting Period:
03/01/2017 to 03/31/2017

## CONSOLIDATED STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC      Case No. 17-10064(KG)
Debtors      Reporting Period: **03/01/2017 to 03/31/2017**

## CONSOLIDATED BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $2,508,588 | $828,404 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | 13,202 |
| Accounts Receivable (Net) | 245 | |
| Inventories | | |
| Prepaid Expenses | 941,524 | 943,015 |
| Deposits | 945,710 | 961,390 |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 4,396,067 | 2,746,011 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 20,524,936 | 20,524,936 |
| Machinery and Equipment | 10,577,787 | 10,577,787 |
| Furniture, Fixtures and Office Equipment | 293,554 | 293,554 |
| Vehicles | 456,695 | 456,695 |
| Less Accumulated Depreciation | -7,041,999 | -6,072,637 |
| *TOTAL PROPERTY & EQUIPMENT* | 24,810,973 | 25,780,335 |
| **OTHER ASSETS** | | |
| Capitalized loan fees net of amortization | 669,183 | 1,254,149 |
| Original issue discount net of amortization | 564,206 | 1,096,702 |
| Asset retirement cost net of depreciation | 77,641 | 103,519 |
| *TOTAL OTHER ASSETS* | 1,311,030 | 2,454,370 |
| | | |
| **TOTAL ASSETS** | $30,518,070 | $30,980,716 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $10,597 | $1,696 |
| Taxes Payable (refer to FORM MOR-4) | 116,785 | |
| Wages Payable | 20,538 | |
| Accrued PTO | 30,068 | |
| Employee benefits | 3,266 | |
| Asset retirement obligation * | 3,483,554 | 3,396,473 |
| Accrued Professional Fees | 324,872 | |
| Other Postpetition Liabilities (attach schedule) | 1,722,495 | |
| *TOTAL POSTPETITION LIABILITIES* | 5,712,175 | 3,398,169 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 66,356,412 | 66,356,412 |
| Priority Debt | 980,600 | 980,600 |
| Unsecured Debt ** | 5,979,817 | 5,961,669 |
| *TOTAL PRE-PETITION LIABILITIES* | 73,316,829 | 73,298,681 |
| | | |
| *TOTAL LIABILITIES* | 79,029,004 | 76,696,850 |
| *OWNER EQUITY* | | |
| Class A Member Interests | 12,000,000 | 12,000,000 |
| Redeemable Class C Interests | 13,750,000 | 13,750,000 |
| Class C Preferred Interests | 5,126,782 | 5,126,782 |
| Retained Earnings - Pre-Petition | -76,592,916 | -76,592,916 |
| Retained Earnings - Postpetition | -2,794,800 | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | 0 |
| *NET OWNER EQUITY* | -48,510,934 | -45,716,134 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $30,518,070 | $30,980,716 |

\*   The Asset Retirement Obligation is an estimate of future reclamation costs of the mining properties.  Barron County, where the mining
    activity occurs, requires financial assurance on all mining properties.  Chieftain Sand has provided the required financial assurance.

\*\* The Unsecured Debt at Petition Date, as shown above, is lower than the combined Debtors amounts shown in Schedule E/F: Creditors Who
    Have Unsecured Claims, Part 2.  The difference of $83,632 relates mainly to the creditor CIT Group/Equipment Financing, Inc., whose
    December invoices included charges for the entire month of January.  These January charges were included in their entirety in Schedule E/F,
    instead of being prorated between pre and post petition dates.

In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC                    Case No. 17-10064(KG)
    Debtors                                                                    Reporting Period: 03/01/2017 to 03/31/2017

### CONSOLIDATED BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| APA Bidder Deposits | $1,722,495 | $1,722,495 |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In re: **Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC**          **Case No. 17-10064(KG)**
**Debtors**                                                      **Reporting Period:   03/01/2017 to 03/31/2017**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0 |
| FICA-Employee | | | | | | 0 |
| FICA-Employer | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Payroll taxes | | 1,607 | | | | 1,607 |
| Other:_____ | | | | | | 0 |
| Total Federal Taxes | 0 | 1,607 | 0 | 0 | 0 | 1,607 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0 |
| Sales | | | | | | 0 |
| Use | | 2,363 | | | | 2,363 |
| Unemployment | | | | | | 0 |
| Real Property | | 112,815 | | | | 112,815 |
| Personal Property | | | | | | 0 |
| Other:_____ | | | | | | 0 |
| Total State and Local | 0 | 115,178 | 0 | 0 | 0 | 115,178 |
| **Total Taxes** | 0 | 116,785 | 0 | 0 | 0 | 116,785 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 10,597 | | | | | 10,597 |
| Taxes Payable | 116,785 | | | | | 116,785 |
| Wages Payable | 20,538 | | | | | 20,538 |
| Accrued PTO | 30,068 | | | | | 30,068 |
| Employee benefits | 3,266 | | | | | 3,266 |
| Asset retirement obligation | 3,483,554 | | | | | 3,483,554 |
| Accrued Professional Fees | 324,872 | | | | | 324,872 |
| Other Postpetition Liabilities | 1,722,495 | | | | | 1,722,495 |
| Amounts Due to Insiders* | | | | | | 0 |
| Other: UST Fees | | | | | | 0 |
| Other:_Rent Paid in Advance | | | | | | 0 |
| **Total Postpetition Debts** | 5,712,175 | 0 | 0 | 0 | 0 | 5,712,175 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Chieftain Sand and Proppant, LLC and Chieftain Sand and Proppant Barron, LLC      Case No. 17-10064(KG)
**Debtors**      **Reporting Period:** <u>03/01/2017 to 03/31/2017</u>

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 6,814 | |
| + Amounts billed during the period | 116,245 | |
| - Amounts collected/adjusted during the period | 122,814 | |
| Total Accounts Receivable at the end of the reporting period | 245 | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | 245 | |
| 31 - 60 days old | 0 | |
| 61 - 90 days old | 0 | |
| 91+ days old | 0 | |
| Total Accounts Receivable | 245 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | 245 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

# Sterling Bank

*Operating Account*

| | |
|---|---|
| 427 2nd Street | **Main:** (715) 924-4817 |
| P O Box 106 | **Fax:** (715) 924-3288 |
| Chetek, WI 54728 | |

Chieftain Sand and Proppant Barron, LL
331 27th St
New Auburn, WI 54757-8757

**PERIODIC STATEMENT**
**Date:**  Mar 31, 2017
**Period:** Mar 01, 2017 to
Mar 31, 2017
(31 Days )

Page: 1

Reg.E Terms Change:Effective 05/01/17 if you don't tell us
within two business days after learning the card/code on your
consumer account was stolen and we prove you could have stopped
someone from using it if you had told us you could lose up to $500.

---

Your Account(s) at a Glance

| Deposit Account(s) | Account # | Interest Earned YTD | Balance as of 03/31 |
|---|---|---|---|
| Small Business Check | DDA-▓▓▓▓▓▓-762 | 0.00 | 824,159.57 |

---

ACCOUNT #: DDA - ▓▓▓▓▓762    Small Business Checking

Chieftain Sand and Proppant Barron, LLC,                **Enclosures:** 55

**Beginning Balance**
as of 03/01/17                                          1,108,586.05
  Deposits & Other Credits                                122,814.08
  Charges & Fees                                               78.00
  Checks & Other Debits                                    407,162.56
  Average Balance                                          912,766.79
**Ending Balance**
as of 03/31/17                                             824,159.57

Charges And Fees
     1 Image Statement                                          3.00
     5 Wire Transfer                                           75.00







**Sterling Bank**

427 2nd Street
P O Box 106
Chetek, WI  54728

Page: 2
Main: (715) 924-4817
Fax:  (715) 924-3288

Account #: DDA-~~XXXXXX~~762

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

Charges and Fees Related to Overdrafts and Returned Items

```
------------------------------------------------------------------
|                          | Total For This Period | Total Year-to-Date |
------------------------------------------------------------------
| Total Overdraft Fees:    |              0.00     |            0.00     |
------------------------------------------------------------------
| Total Returned Items Fees: |            0.00     |            0.00     |
------------------------------------------------------------------
```

**Transaction Information**

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/01 | 23914 | Check | 773.00- | 1,107,813.05 |
| 03/01 | 23922 | Check | 897.00- | 1,106,916.05 |
| 03/01 | 23924 | Check | 1,176.86- | 1,105,739.19 |
| 03/01 | 23928 | Check | 87.00- | 1,105,652.19 |
| 03/02 | | TUDOR,PICKERING,HOLT & CO - WIRE | 65,171.64- | 1,040,480.55 |
| 03/02 | | Wire Transfer | 15.00- | 1,040,465.55 |
| 03/02 | | ACH Debit BILLING PAYROLL DATA SER ID11003040 | 68.36- | 1,040,397.19 |
| 03/02 | | ACH Debit VENDORPYMT PAYROLL DATA SER ID11003040 | 150.00- | 1,040,247.19 |
| 03/02 | | ACH Debit VENDORHSA PAYROLL DATA SER ID11003040 | 238.96- | 1,040,008.23 |
| 03/02 | | ACH Debit TAX COL PAYROLL DATA SEV ID10995609 | 7,259.36- | 1,032,748.87 |
| 03/02 | | ACH Debit DIRDEPFUND PAYROLL DATA SER ID11003040 | 11,735.07- | 1,021,013.80 |
| 03/02 | 23915 | Check | 148.63- | 1,020,865.17 |
| 03/03 | | ACH Debit PLIC-PERIS PRINCIPAL PERIS ID9PENS401K | 2,490.02- | 1,018,375.15 |
| 03/03 | 23913 | Check | 26,894.38- | 991,480.77 |
| 03/07 | 23912 | Check | 9,927.38- | 981,553.39 |
| 03/07 | 23934 | Check | 1,890.00- | 979,663.39 |
| 03/07 | 23936 | Check | 1,678.86- | 977,984.53 |
| 03/08 | 23933 | Check | 999.08- | 976,985.45 |
| 03/09 | | WYOMING PROPPANT - WIRE | 6,814.08 | 983,799.53 |
| 03/09 | | Wire Transfer | 15.00- | 983,784.53 |
| 03/09 | | ACH Debit VENDORPYMT PAYROLL DATA SER ID11003040 | 150.00- | 983,634.53 |



**Member FDIC**



EQUAL HOUSING LENDER



**Sterling Bank**

427 2nd Street
P O Box 106
Chetek, WI  54728

Page: 3
Main: (715) 924-4817
Fax:  (715) 924-3288

Account #: DDA-~~00049-21~~762

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

## Transaction Information (continued)

| Date  | Check# | Description | Amount | Balance |
|-------|--------|-------------|--------|---------|
| 03/09 |        | ACH Debit VENDORHSA PAYROLL | | |
|       |        | DATA SER ID11003040 | 238.96- | 983,395.57 |
| 03/09 |        | ACH Debit BILLING PAYROLL | | |
|       |        | DATA SER ID11003040 | 622.99- | 982,772.58 |
| 03/09 |        | ACH Debit TAX COL PAYROLL | | |
|       |        | DATA SEV ID10995609 | 7,502.78- | 975,269.80 |
| 03/09 |        | ACH Debit DIRDEPFUND PAYROLL | | |
|       |        | DATA SER ID11003040 | 11,732.57- | 963,537.23 |
| 03/09 | 23890  | Check | 195.00- | 963,342.23 |
| 03/09 | 23930  | Check | 3,440.93- | 959,901.30 |
| 03/09 | 23931  | Check | 55.27- | 959,846.03 |
| 03/09 | 23942  | Check | 30.33- | 959,815.70 |
| 03/09 | 23950  | Check | 113.28- | 959,702.42 |
| 03/10 |        | ACH Debit PLIC-PERIS | | |
|       |        | PRINCIPAL PERIS ID9PENS401K | 2,490.02- | 957,212.40 |
| 03/10 | 23925  | Check | 341.60- | 956,870.80 |
| 03/10 | 23929  | Check | 2,933.00- | 953,937.80 |
| 03/13 | 23952  | Check | 404.84- | 953,532.96 |
| 03/13 | 23932  | Check | 32,439.24- | 921,093.72 |
| 03/13 | 23948  | Check | 205.47- | 920,888.25 |
| 03/14 | 23951  | Check | 234.95- | 920,653.30 |
| 03/14 | 23935  | Check | 2.32- | 920,650.98 |
| 03/14 | 23937  | Check | 347.10- | 920,303.88 |
| 03/14 | 23940  | Check | 3,222.10- | 917,081.78 |
| 03/14 | 23945  | Check | 26.38- | 917,055.40 |
| 03/14 | 23949  | Check | 1,007.53- | 916,047.87 |
| 03/15 |        | ACH Debit PLIC-PERIS | | |
|       |        | PRINCIPAL PERIS ID9PENS401K | 1,739.84- | 914,308.03 |
| 03/15 | 23944  | Check | 102.16- | 914,205.87 |
| 03/15 | 23941  | Check | 8,026.54- | 906,179.33 |
| 03/15 | 23947  | Check | 190.00- | 905,989.33 |
| 03/16 |        | GIBBONS PC ATTORNEY TRUST | | |
|       |        | WIRE | 62,538.12- | 843,451.21 |
| 03/16 |        | Wire Transfer | 15.00- | 843,436.21 |
| 03/16 |        | ACH Debit BILLING PAYROLL | | |
|       |        | DATA SER ID11003040 | 68.36- | 843,367.85 |
| 03/16 |        | ACH Debit VENDORPYMT PAYROLL | | |
|       |        | DATA SER ID11003040 | 150.00- | 843,217.85 |
| 03/16 |        | ACH Debit VENDORHSA PAYROLL | | |
|       |        | DATA SER ID11003040 | 238.96- | 842,978.89 |



**Member**
**FDIC**



EQUAL HOUSING
LENDER


# Sterling Bank

427 2nd Street
P O Box 106
Chetek, WI  54728

Page: 4
Main: (715) 924-4817
Fax:  (715) 924-3288

Account #: DDA̶̶̶̶̶̶1762

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

## Transaction Information (continued)

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/16 | | ACH Debit TAX COL PAYROLL | | |
| | | DATA SEV ID10995609 | 7,120.27- | 835,858.62 |
| 03/16 | | ACH Debit DIRDEPFUND PAYROLL | | |
| | | DATA SER ID11003040 | 11,662.69- | 824,195.93 |
| 03/16 | 23938 | Check | 1,321.92- | 822,874.01 |
| 03/16 | 23939 | Check | 913.81- | 821,960.20 |
| 03/16 | 23943 | Check | 2,453.85- | 819,506.35 |
| 03/20 | | WYOMING PROPPANTS LLC - WIRE | 116,000.00 | 935,506.35 |
| 03/20 | | Wire Transfer | 15.00- | 935,491.35 |
| 03/20 | 23946 | Check | 821.15- | 934,670.20 |
| 03/20 | 23958 | Check | 1,070.18- | 933,600.02 |
| 03/21 | 23956 | Check | 24,395.00- | 909,205.02 |
| 03/22 | 23953 | Check | 406.18- | 908,798.84 |
| 03/22 | 23954 | Check | 784.65- | 908,014.19 |
| 03/23 | | CENTRPOINT ENERGY -WIRE | 1,846.45- | 906,167.74 |
| 03/23 | | Wire Transfer | 15.00- | 906,152.74 |
| 03/23 | | ACH Debit BILLING PAYROLL | | |
| | | DATA SER ID11003040 | 68.36- | 906,084.38 |
| 03/23 | | ACH Debit VENDORPYMT PAYROLL | | |
| | | DATA SER ID11003040 | 150.00- | 905,934.38 |
| 03/23 | | ACH Debit VENDORHSA PAYROLL | | |
| | | DATA SER ID11003040 | 238.96- | 905,695.42 |
| 03/23 | | ACH Debit TAX COL PAYROLL | | |
| | | DATA SEV ID10995609 | 7,077.37- | 898,618.05 |
| 03/23 | | ACH Debit DIRDEPFUND PAYROLL | | |
| | | DATA SER ID11003040 | 11,602.97- | 887,015.08 |
| 03/23 | 23959 | Check | 1,590.59- | 885,424.49 |
| 03/23 | 23961 | Check | 481.64- | 884,942.85 |
| 03/24 | | ACH Debit PLIC-PERIS | | |
| | | PRINCIPAL PERIS ID9PENS401K | 1,739.84- | 883,203.01 |
| 03/24 | 23955 | Check | 26,894.38- | 856,308.63 |
| 03/24 | 23960 | Check | 221.00- | 856,087.63 |
| 03/28 | 23965 | Check | 612.19- | 855,475.44 |
| 03/28 | 23966 | Check | 1,998.78- | 853,476.66 |
| 03/28 | 23967 | Check | 5.54- | 853,471.12 |
| 03/28 | 23969 | Check | 114.99- | 853,356.13 |
| 03/28 | 23970 | Check | 2,095.00- | 851,261.13 |
| 03/28 | 23975 | Check | 105.00- | 851,156.13 |
| 03/28 | 23976 | Check | 197.67- | 850,958.46 |
| 03/28 | 23978 | Check | 1,200.00- | 849,758.46 |


**Member FDIC**


**EQUAL HOUSING LENDER**

 **Sterling Bank**

427 2nd Street
P O Box 106
Chetek, WI  54728

Main: (715) 924-4817
Fax:  (715) 924-3288

Account #: DDA██████762

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

## Transaction Information (continued)

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/29 | 23974 | Check | 2,199.70- | 847,558.76 |
| 03/29 | 23979 | Check | 87.00- | 847,471.76 |
| 03/30 | | ACH Debit BILLING PAYROLL DATA SER ID11003040 | 67.16- | 847,404.60 |
| 03/30 | | ACH Debit VENDORPYMT PAYROLL DATA SER ID11003040 | 150.00- | 847,254.60 |
| 03/30 | | ACH Debit PLIC-PERIS PRINCIPAL PERIS ID9PENS401K | 1,739.84- | 845,514.76 |
| 03/30 | | ACH Debit TAX COL PAYROLL DATA SEV ID10995609 | 7,549.56- | 837,965.20 |
| 03/30 | | ACH Debit DIRDEPFUND PAYROLL DATA SER ID11003040 | 12,283.06- | 825,682.14 |
| 03/30 | 23962 | Check | 1,001.20- | 824,680.94 |
| 03/30 | 23968 | Check | 142.43- | 824,538.51 |
| 03/30 | 23971 | Check | 150.59- | 824,387.92 |
| 03/31 | 23973 | Check | 225.35- | 824,162.57 |
| 03/31 | | Image Statement | 3.00- | 824,159.57 |

## Check Information

| Date | Check# | | Amount | Date | Check# | | Amount |
|------|--------|---|--------|------|--------|---|--------|
| 03/09 | 23890 | | 195.00 | 03/16 | 23939 | | 913.81 |
| 03/07 | 23912 | * | 9,927.38 | 03/14 | 23940 | | 3,222.10 |
| 03/03 | 23913 | | 26,894.38 | 03/15 | 23941 | | 8,026.54 |
| 03/01 | 23914 | | 773.00 | 03/09 | 23942 | | 30.33 |
| 03/02 | 23915 | | 148.63 | 03/16 | 23943 | | 2,453.85 |
| 03/01 | 23922 | * | 897.00 | 03/15 | 23944 | | 102.16 |
| 03/01 | 23924 | * | 1,176.86 | 03/14 | 23945 | | 26.38 |
| 03/10 | 23925 | | 341.60 | 03/20 | 23946 | | 821.15 |
| 03/01 | 23928 | * | 87.00 | 03/15 | 23947 | | 190.00 |
| 03/10 | 23929 | | 2,933.00 | 03/13 | 23948 | | 205.47 |
| 03/09 | 23930 | | 3,440.93 | 03/14 | 23949 | | 1,007.53 |
| 03/09 | 23931 | | 55.27 | 03/09 | 23950 | | 113.28 |
| 03/13 | 23932 | | 32,439.24 | 03/14 | 23951 | | 234.95 |
| 03/08 | 23933 | | 999.08 | 03/13 | 23952 | | 404.84 |
| 03/07 | 23934 | | 1,890.00 | 03/22 | 23953 | | 406.18 |
| 03/14 | 23935 | | 2.32 | 03/22 | 23954 | | 784.65 |
| 03/07 | 23936 | | 1,678.86 | 03/24 | 23955 | | 26,894.38 |
| 03/14 | 23937 | | 347.10 | 03/21 | 23956 | | 24,395.00 |
| 03/16 | 23938 | | 1,321.92 | 03/20 | 23958 | * | 1,070.18 |

 **Member FDIC**

 EQUAL HOUSING LENDER



**Sterling Bank**

427 2nd Street
P O Box 106
Chetek, WI  54728

Page:  6
Main:  (715) 924-4817
Fax:   (715) 924-3288

Account #: DDA-██████762

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

## Check Information (continued)

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|-------:|---|------|--------|-------:|
| 03/23 | 23959   | 1,590.59 | | 03/28 | 23970   | 2,095.00 |
| 03/24 | 23960   | 221.00   | | 03/30 | 23971   | 150.59   |
| 03/23 | 23961   | 481.64   | | 03/31 | 23973 * | 225.35   |
| 03/30 | 23962   | 1,001.20 | | 03/29 | 23974   | 2,199.70 |
| 03/28 | 23965 * | 612.19   | | 03/28 | 23975   | 105.00   |
| 03/28 | 23966   | 1,998.78 | | 03/28 | 23976   | 197.67   |
| 03/28 | 23967   | 5.54     | | 03/28 | 23978 * | 1,200.00 |
| 03/30 | 23968   | 142.43   | | 03/29 | 23979   | 87.00    |
| 03/28 | 23969   | 114.99   | | | | |

* Indicates a break in the Check number order.



**Member**
**FDIC**



EQUAL HOUSING
LENDER

# Sterling Bank

*APA Deposit Acct*

427 2nd Street
P O Box 106
Chetek, WI  54728

Main: (715) 924-4817
Fax:  (715) 924-3288

Page: 1

Chieftain Sand and Proppant Barron, LL
331 27th St
New Auburn, WI 54757-8757

**PERIODIC STATEMENT**
**Date:**  Mar 31, 2017
**Period:** Mar 01, 2017 to
         Mar 31, 2017
         (31 Days )

Reg.E Terms Change:Effective 05/01/17 if you don't tell us
within two business days after learning the card/code on your
consumer account was stolen and we prove we could have stopped
someone from using it if you had told us you could lose up to $500.

---

Your Account(s) at a Glance

Deposit Account(s)     Account #        Interest Earned YTD  Balance as of 03/31
APA Deposit Account    DDA-000239                    37.43               892.63

This account statement period is  Mar 10, 2017 to Mar 31, 2017  (22 days)

---

ACCOUNT #: DDA - 239   Business Money Market
Nickname : APA Deposit Account

Chieftain Sand and Proppant Barron, LLC                    **Enclosures: 3**

**Beginning Balance**
as of 03/10/17                                                      0.00
  Deposits & Other Credits                                 6,891,523.13
  Charges & Fees                                                 135.00
  Checks & Other Debits                                   6,890,495.50
  Average Balance _____                    414,510.15
**Ending Balance**
as of 03/31/17                                                   892.63

Charges And Fees
      9 Wire Transfer                                            135.00







**Sterling Bank**

427 2nd Street
P O Box 106
Chetek, WI  54728

Main:  (715) 924-4817
Fax:   (715) 924-3288

Page: 2

Account #: DDA-░░░░░░239

Nickname : APA Deposit Account

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

Charges and Fees Related to Overdrafts and Returned Items

```
-------------------------------------------------------------------
|                          | Total For This Period | Total Year-to-Date |
-------------------------------------------------------------------
| Total Overdraft Fees:    |            0.00 |            0.00 |
-------------------------------------------------------------------
| Total Returned Items Fees: |          0.00 |            0.00 |
-------------------------------------------------------------------
```

**Transaction Information**

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/10 | | Original Cr Rate: 0.050  % | | |
| 03/10 | | MAMMOTH ENERGY - WIRE | 737,263.00 | 737,263.00 |
| 03/10 | | Wire Transfer | 15.00- | 737,248.00 |
| 03/10 | | CR Base Rate Change: 0.050  % To 0.150 | | |
| 03/13 | | EAGLE MATERIALS - WIRE | 861,247.80 | 1,598,495.80 |
| 03/13 | | Wire Transfer | 15.00- | 1,598,480.80 |
| 03/13 | | MAMMOTH ENERGY - WIRE | 123,984.70 | 1,722,465.50 |
| 03/13 | | Wire Transfer | 15.00- | 1,722,450.50 |
| 03/13 | | BADGER MINING CORP - WIRE | 861,247.00 | 2,583,697.50 |
| 03/13 | | Wire Transfer | 15.00- | 2,583,682.50 |
| 03/13 | | NORTHERN INDUSTRIAL SANDS -WIRE | 861,247.70 | 3,444,930.20 |
| 03/13 | | Wire Transfer | 15.00- | 3,444,915.20 |
| 03/14 | | ICS Deposit Transfer 3/14/17 | 3,444,000.00- | 915.20 |
| 03/14 | | MIDWEST COMMODITY  - WIRE | 862,000.00 | 862,915.20 |
| 03/14 | | Wire Transfer | 15.00- | 862,900.20 |
| 03/15 | | ICS Deposit Transfer 3/15/17 | 862,000.00- | 900.20 |
| 03/15 | | CR Base Rate Change: 0.150  % To 0.050 | | |
| 03/28 | | ICS W/D Transfer 3/28/17 | 2,584,495.50 | 2,585,395.70 |
| 03/28 | | CR Base Rate Change: 0.050  % To 0.150 | | |
| 03/29 | | WIRE - NORTHERN INDUSTRIAL SANDS LLC | 861,247.70- | 1,724,148.00 |
| 03/29 | | Wire Transfer | 15.00- | 1,724,133.00 |
| 03/29 | | WIRE - MIDWEST COMMODITY SERVICES INC | 862,000.00- | 862,133.00 |
| 03/29 | | Wire Transfer | 15.00- | 862,118.00 |
| 03/29 | | WIRE - EAGLE MATERIALS INC | 861,247.80- | 870.20 |
| 03/29 | | Wire Transfer | 15.00- | 855.20 |
| 03/29 | | CR Base Rate Change: 0.150  % To 0.050 | | |



**Member FDIC**



EQUAL HOUSING LENDER

# Sterling Bank

427 2nd Street
P O Box 106
Chetek, WI  54728

Page: 3
Main: (715) 924-4817
Fax:  (715) 924-3288

Account #: DDA-~~*******~~239

Nickname : APA Deposit Account

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Amount | Balance |
|------|--------|-------------|--------|---------|
| 03/31 | | Interest Credit | 37.43 | 892.63 |

Member
FDIC 


EQUAL HOUSING
LENDER

Sterling Bank
234 E. LaSalle Ave.
P.O. Box 70
Barron, WI 54812

Date      03/31/2017
Page      1 of 2

Chieftain Sand and Proppant Barron, LLC
331 27th St
New Auburn, WI 54757−8757

Subject: ICS Monthly Statement

The following information is a summary of activity in your ICS® account(s) for the month of March 2017 and the list of FDIC−insured institution(s) that hold your deposits as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts through the ICS, or Insured Cash Sweep®, service. Should you have any questions, please contact us at **(715) 537−3141** or send an email to **cdars@sterlingbank.ws** or visit our website at **www.sterlingbank.ws.**

**Summary of Accounts Reflecting Placement Through ICS**

| Account ID | Deposit Option | Interest Rate | Opening Balance | Ending Balance |
|---|---|---|---|---|
| *********239 | Savings | 0.10% | $0.00 | $1,721,686.07 |
| **TOTAL** | | | **$0.00** | **$1,721,686.07** |

Date        03/31/2017
Page        2 of 2

## DETAILED ACCOUNT OVERVIEW

Account ID:              *********239
Account Title:           **Chieftain Sand and Proppant Barron, LLC**

### Account Summary – Savings

| | |
|---|---:|
| Statement Period | March 1 – March 31, 2017 |
| Previous Period Ending Balance | $0.00 |
| Total Program Deposits | 4,306,000.00 |
| Total Program Withdrawals | (2,584,495.50) |
| Interest Paid | 181.57 |
| Taxes Withheld | (0.00) |
| **Current Period Ending Balance** | **$1,721,686.07** |
| | |
| Average Daily Balance | $2,138,974.18 |
| Interest Rate at End of Statement Period | 0.10% |
| Statement Period Yield | 0.10% |

### Account Transaction Detail

| Date | Activity Type | Amount | Balance |
|---|---|---:|---:|
| 03/14/2017 | Deposit | $3,444,000.00 | $3,444,000.00 |
| 03/15/2017 | Deposit | 862,000.00 | 4,306,000.00 |
| 03/28/2017 | Withdrawal | (2,584,495.50) | 1,721,504.50 |
| 03/31/2017 | Interest Capitalization | 181.57 | 1,721,686.07 |

### Year To Date Summary

| | |
|---|---:|
| YTD Interest Paid | $181.57 |
| YTD Taxes Withheld | 0.00 |

### Summary of Balances as of March 31, 2017

| FDIC–Insured Institution | City/State | FDIC Cert No. | Balance |
|---|---|---:|---:|
| Bangor Savings Bank | Bangor, ME | 18408 | $245,012.08 |
| Bank of China | New York, NY | 33653 | 245,011.41 |
| BankUnited | Miami Lakes, FL | 58979 | 9.34 |
| Banterra Bank | Marion, IL | 17514 | 8.84 |
| Capital Bank Corporation | Raleigh, NC | 59049 | 245,012.08 |
| Capital Bank of New Jersey | Vineland, NJ | 58464 | 9.24 |
| Cardinal Bank | McLean, VA | 34733 | 9.39 |
| Chemung Canal Trust Company | Elmira, NY | 597 | 245,012.08 |
| CoBiz Bank | Denver, CO | 22683 | 8.15 |
| Community First Bank | Boscobel, WI | 11595 | 0.09 |
| Eagle Bank | Polson, MT | 58282 | 3.17 |
| EagleBank | Bethesda, MD | 34742 | 6,504.53 |
| Farmers and Merchants Bank | Milford, NE | 16810 | 8.75 |
| First Tennessee Bank, NA | Memphis, TN | 4977 | 9.44 |
| Independent Bank | Mckinney, TX | 3076 | 9.83 |
| Manufacturers Bank | Los Angeles, CA | 18618 | 245,011.63 |
| Merchants Bank of Indiana | Carmel, IN | 8056 | 245,007.76 |
| Simmons Bank | Pine Bluff, AR | 3890 | 8.54 |
| St. Louis Bank | Town and Country, MO | 58018 | 8.25 |
| Stonegate Bank | Fort Lauderdale, FL | 57934 | 245,012.08 |
| The Park National Bank | Newark, OH | 6653 | 9.39 |

# Sterling Bank

*Utility Account*

427 2nd Street
P O Box 106
Chetek, WI  54728

Main:  (715) 924-4817
Fax:   (715) 924-3288

Page: 1

Chieftain Sand and Proppant Barron, LL
331 27th St
New Auburn, WI 54757-8757

**PERIODIC STATEMENT**
**Date:**  Mar 31, 2017
**Period:** Feb 06, 2017 to
Mar 31, 2017
(54 Days )

Reg.E Terms Change:Effective 05/01/17 if you don't tell us
within two business days after learning the card/code on your
consumer account was stolen and we prove we could have stopped
someone from using it if you had told us you could lose up to $500.

## Your Account(s) at a Glance

| Deposit Account(s) | Account # | Interest Earned YTD | Balance as of 03/31 |
|---|---|---|---|
| Business Savings | SAV-XXXXXXX026 | 0.41 | 6,000.41 |

This account statement period is  Feb 09, 2017 to Mar 31, 2017  (51 days)

ACCOUNT #: SAV - XXXXXX026   Business Savings

Chieftain Sand and Proppant Barron, LLC

**Enclosures:** 0

**Beginning Balance**
as of 02/09/17                                                          0.00
  Deposits & Other Credits                                        6,000.41
  Charges & Fees                                                       0.00
  Checks & Other Debits                                               0.00
  Average Balance                                                 6,000.10
**Ending Balance**
as of 03/31/17                                                      6,000.41






# Sterling Bank

427 2nd Street
P O Box 106
Chetek, WI  54728

Account #: SAV-████████026

Page: 2
Main: (715) 924-4817
Fax:  (715) 924-3288

PERIODIC STATEMENT
Chieftain Sand and
Proppant Barron, LLC

Mar 31, 2017

Charges and Fees Related to Overdrafts and Returned Items

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees: | 0.00 | 0.00 |
| Total Returned Items Fees: | 0.00 | 0.00 |

## Transaction Information

| Date | Check# | Description | Amount | Balance |
|---|---|---|---|---|
| 02/09 | | Transfer Deposit | 6,000.00 | 6,000.00 |
| 02/28 | | Interest Credit | 0.16 | 6,000.16 |
| 03/31 | | Interest Credit | 0.25 | 6,000.41 |


Member
FDIC


EQUAL HOUSING
LENDER

## Chieftain Sand & Proppant Barron LLC
## Reconciliation Summary
### 100000 · Sterling Bank, Period Ending 03/31/2017

|  | Mar 31, 17 |
|---|---|
| **Beginning Balance** | 1,108,586.05 |
| **Cleared Transactions** | |
| **Checks and Payments - 89 items** | -407,633.37 |
| **Deposits and Credits - 7 items** | 123,206.89 |
| **Total Cleared Transactions** | -284,426.48 |
| **Cleared Balance** | **824,159.57** |
| **Uncleared Transactions** | |
| **Checks and Payments - 18 items** | -44,512.00 |
| **Total Uncleared Transactions** | -44,512.00 |
| **Register Balance as of 03/31/2017** | **779,647.57** |
| **Ending Balance** | 779,647.57 |