IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 17-10064 (KG) |
| | ) | |
| Chieftain Sand and Proppant, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF KINGS | ) | |

I, Edward Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 21st day of April, 2017, I caused a true and accurate copy of the:

    (i) "First Interim Application of Gibbons P.C. as Counsel to the Debtors for Compensation and Reimbursement of Expenses for the Period from January 9, 2017 through March 31, 2017", along with the Summary and relevant exhibit (Docket No. 201);

    (ii) "First Interim Application of Eisneramper LLP as Financial Advisor to the Debtors for Compensation and Reimbursement of Expenses for the Period from January 9, 2017 through March 31, 2017", along with the Summary and relevant exhibit (Docket No. 202); and the

    (iii) "First Interim Application of Donlin, Recano & Company, Inc. as Administrative Agent To The Debtors For Compensation And Reimbursement Of Expenses For The Period From January 9, 2017 Through March 31, 2017", along with the Summary and relevant exhibit (Docket No. 203),

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their respective federal tax identification numbers, are Chieftain Sand and Proppant, LLC (1729) and Chieftain Sand and Proppant Barron, LLC (0418). The Debtors' service address is: 331 27th Street, New Auburn, WI 54757.

to be served upon the parties as set forth in <u>Exhibit 1</u>, attached hereto, via First Class US Mail.

4. On the 17th day of April, 2017, I caused a true and accurate copy of the "Notice of First Quarterly Interim Fee Applications of Debtors' Professionals" (<u>Docket No. 204</u>), to be served upon the parties as set forth in <u>Exhibit 2</u>, attached hereto, via First Class US Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 21st day of April, 2017 at Brooklyn, New York.

By _____
Edward Calderon

Sworn before me this
21st day of April, 2017

_____
Notary Public

CHIEFTAIN000054

**EXHIBIT 1**

# Chieftain Sand and Proppant, LLC
## Exhibit Page

Page # : 1 of 1                                                                                    04/21/2017 02:07:11 PM

| 000017P001-1353S-054 | 000016P001-1353S-054 | 000053P002-1353S-054 | 000054P001-1353S-054 |
|---|---|---|---|
| CHIEFTAIN SAND AND PROPPANT, LLC | GIBBONS P.C. | LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| VICTOR SERRI, CEO | HOWARD A COHEN | MITCHELL SEIDER | ANNEMARIE V. REILLY |
| 331 27TH STREET | 300 DELAWARE AVE | 885 THIRD AVENUE, 16TH FL | 885 THIRD AVENUE |
| NEW AUBURN WI 54757 | SUITE 1015 | NEW YORK NY 10022 | NEW YORK NY 10022 |
| | WILMINGTON DE 19801-1058 | | |

| 000003P002-1353S-054 | 000055P003-1353S-054 |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | RICHARDS LAYTON & FINGER LLP |
| HANNAH MUFSON MCCOLLUM | MARK COLLINS |
| 844 KING STREET | ONE RODNEY SQUARE |
| SUITE 2207 | 920 N. KING STREET |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 |

Records Printed :                    6

**EXHIBIT 2**

# Chieftain Sand and Proppant, LLC
## Exhibit Page

Page # : 1 of 1                                                                                                              04/21/2017 02:07:11 PM

| | | | |
|---|---|---|---|
| 000017P001-1353S-054<br>CHIEFTAIN SAND AND PROPPANT, LLC<br>VICTOR SERRI, CEO<br>331 27TH STREET<br>NEW AUBURN WI 54757 | 000016P001-1353S-054<br>GIBBONS P.C.<br>HOWARD A COHEN<br>300 DELAWARE AVE<br>SUITE 1015<br>WILMINGTON DE 19801-1058 | 000053P002-1353S-054<br>LATHAM & WATKINS LLP<br>MITCHELL SEIDER<br>885 THIRD AVENUE, 16TH FL<br>NEW YORK NY 10022 | 000054P001-1353S-054<br>LATHAM & WATKINS LLP<br>ANNEMARIE V. REILLY<br>885 THIRD AVENUE<br>NEW YORK NY 10022 |
| 000003P002-1353S-054<br>OFFICE OF THE U.S. TRUSTEE<br>HANNAH MUFSON MCCOLLUM<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000055P003-1353S-054<br>RICHARDS LAYTON & FINGER LLP<br>MARK COLLINS<br>ONE RODNEY SQUARE<br>920 N. KING STREET<br>WILMINGTON DE 19801 | | |

Records Printed :         6

# Chieftain Sand and Proppant, LLC
## Exhibit Pages

Page # : 1 of 2                                                                                    04/21/2017  02:07:56 PM

| | | | |
|---|---|---|---|
| 000033P002-1353S-054<br>ASPEN TECHNOLOGY INC<br>BRITANY BUCHANAN<br>200 WHEELER ROAD<br>BURLINGTON MA 01803 | 000031P001-1353S-054<br>ASSETPOINT<br>RICH ADAMS<br>770 PELHAM ROAD<br>GREENVILLE SC 29615 | 000021P001-1353S-054<br>BARRON COUNTY TREASURER<br>YVONNE K RITCHIE<br>335 E MONROE AVE RM 2412<br>BARRON WI 54812-1478 | 000045P001-1353S-054<br>BOB SCANNELL/FEEHAN PARTNERS<br>ROBERT SCANNELL<br>THREE HARBOR DRIVE, #213<br>SAUSAULITO CA 94965 |
| 000059P001-1353S-054<br>BUCHANAN INGERSOLL & RONNEY PC<br>KATHLEEN A MURPHY<br>919 N MARKET ST STE 1500<br>WILMINGTON DE 19801 | 000060P001-1353S-054<br>BUCHANAN INGERSOLL & ROONEY PC<br>PETER S RUSS<br>ONE OXFORD CENTRE<br>301 GRANT ST, 20TH FLOOR<br>PITTSBURGH PA 15219-1410 | 000019P001-1353S-054<br>CALDWELL-BAKER COMPANY<br>GRANT BAKER<br>28595 W 207TH STREET<br>GARDNER KS 66030 | 000018P001-1353S-054<br>CATERPILLAR FINANCIAL SERVICES CORPORATIO<br>KEVIN WEIGAND<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203 |
| 000044P001-1353S-054<br>CHRIS WRIGHT<br>106 ALTA VISTA AVENUE<br>MILL VALLEY CA 94941 | 000020P001-1353S-054<br>CIT GROUP/EQUIPMENT FINANCING, INC.<br>ANGELA HARMON<br>30 S. WACKER DRIVE<br>SUITE 2900<br>CHICAGO IL 60606 | 000032P001-1353S-054<br>CONTINENTAL INTERMODAL GROUP, LP<br>CIG LOGISTICS/SEAN SIMON<br>3566 NM HIGHWAY 18<br>JAL NM 88252 | 000041P001-1353S-054<br>DAVID HANSON<br>1228 15TH STREET<br>SUITE 311<br>DENVER CO 80202 |
| 000010P001-1353S-054<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1353S-054<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000009P001-1353S-054<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000052P001-1353S-054<br>ENERGY CAPITAL PARTNERS MEZZANINE<br>OPPORTUNITIES FUND A LP<br>51 JFK PKWY<br>STE 200<br>SHORT HILLS NJ 07078 |
| 000048P001-1353S-054<br>ERNST VON METZCH<br>125 WILDWOOD GARDENS<br>PIEDMONT CA 94611 | 000029P001-1353S-054<br>FABICK CAT / FABCO EQUIPMENT, INC.<br>JFTCO, INC./TOM SCALZO<br>11200 W. SILVER SPRING ROAD<br>MILWAUKEE WI 53225 | 000011P001-1353S-054<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>P.O. BOX 2952<br>SACRAMENTO CA 95812-2952 | 000046P001-1353S-054<br>GRANT WHITESIDE<br>1120 E. TUFFS AVENUE<br>ENGLEWOOD CO 80113 |
| 000001P001-1353S-054<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1353S-054<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000028P001-1353S-054<br>IOWA NORTHERN RAILWAY CO<br>AMY HOMAN<br>305 2ND ST SE<br>SUITE 400<br>CEDAR RAPIDS IA 52401 | 000051P001-1353S-054<br>JIM HILLARY<br>7 CHURCHILL DRIVE<br>ENGLEWOOD CO 80113 |
| 000043P001-1353S-054<br>JIM POWERS<br>2411 S. COLUMBINE STREET<br>DENVER CO 80210 | 000039P001-1353S-054<br>JOHN POTTER<br>115 DRAKEFIELD ROAD<br>LONDON  SW17 8RS<br>UNITED KINGDOM | 000038P001-1353S-054<br>JON CUMMINGS<br>PO BOX 7<br>NEW VERNON NJ 07976 | 000026P001-1353S-054<br>KNAPP RAILROAD BUILDER, INC.<br>RICH HAWKINS<br>4777 W LINCOLN AVE.<br>WEST MILWAUKEE WI 53219 |

# Chieftain Sand and Proppant, LLC
## Exhibit Pages

Page # : 2 of 2                                                                 04/21/2017 02:07:56 PM

| | | | |
|---|---|---|---|
| 000050P001-1353S-054<br>LANE HAMILTON<br>30276 TELLURIDE LANE<br>EVERGREEN CO 80439 | 000062P001-1353S-054<br>LINUS L BAKER<br>6732 W 185TH TERRACE<br>STILWELL KS 66085-8922 | 000012P001-1353S-054<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 000049P001-1353S-054<br>NEAL JACOBS<br>18 COVE ROAD<br>BELVEDERE CA 94920 |
| 000056P001-1353S-054<br>RICHARDS, LAYTON & FINGER, P.A.<br>JOHN H. KNIGHT<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000057P001-1353S-054<br>RICHARDS, LAYTON & FINGER, P.A.<br>BRETT M. HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000025P002-1353S-054<br>ROBERT AND JANICE PETERSON<br>1201 WEST BANKS ST<br>CHETEK WI 54728 | 000047P001-1353S-054<br>ROLAND VON METZCH<br>125 WILDWOOD GARDENS<br>PIEDMONT CA 94611 |
| 000040P001-1353S-054<br>RUSSELL DRIVER<br>203 HUNT DRIVE<br>IRVING TX 75062 | 000042P001-1353S-054<br>SCOTT PETERS/PV PARTNERS<br>THREE HARBOR DRIVE, #213<br>SAUSAULITO CA 94965 | 000004P001-1353S-054<br>SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | 000005P001-1353S-054<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG. OFFICE  A. CALAMARI REG. DIR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 |
| 000006P001-1353S-054<br>SECURITIES & EXCHANGE COMMISSION<br>SEC. OF THE TREASURY OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000014P001-1353S-054<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000022P001-1353S-054<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN TX 78711 | 000061P001-1353S-054<br>THE LAW OFFICE OF EDWARD J KOSMOWSKU LLC<br>EDWARD J KOSMOWSKI<br>2 MILL ROAD STE 202<br>WILMINGTON DE 19806 |
| 000024P001-1353S-054<br>TIDEWATER LOGISTICS CORP<br>SCOTT SPENCE<br>7105 GOLF CLUB DRIVE<br>SUITE 1101<br>FORT WORTH TX 76179 | 000023P001-1353S-054<br>TOWN OF DOVRE TREASURER<br>KELLY PHILLIPS<br>304 25 1/2 STREET<br>CHETEK WI 54728 | 000030P001-1353S-054<br>TWIN EAGLE SAND LOGISTICS, LLC.<br>ANDY BRANAUGH<br>ATTN: CONTRACTS DEPARTMENT<br>8847 WEST SAM HOUSTON PARKWAY N.<br>HOUSTON TX 77040 | 000015P001-1353S-054<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN:  LORETTA LYNCH<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 |
| 000037P001-1353S-054<br>UNION PACIFIC RAILROAD<br>STEPHANIE RODGERS<br>1400 DOUGLAS STREET<br>OMAHA NE 68179 | 000007P001-1353S-054<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 | 000013P001-1353S-054<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>BETTINA DUNN, PARALEGAL SPECIALIST<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 | 000034P001-1353S-054<br>VAA, LLC<br>PATRICK D. KOEHNEN<br>2300 BERKSHIRE LANE NORTH<br>SUITE 200<br>PLYMOUTH MN 55441 |
| 000058P001-1353S-054<br>VEDDER PRICE PC<br>MICHAEL L SCHEIN<br>1633 BROADWAY 31ST FLOOR<br>NEW YORK NY 10019 | 000036P001-1353S-054<br>WELLS FARGO RAIL CORPORATION<br>SEAN MURPHY<br>9377 W. HIGGINS ROAD, SUITE 600<br>ROSEMONT IL 60018 | 000035P001-1353S-054<br>WERNER ELECTRIC<br>RUSS RABE<br>1338 N. HASTINGS WAY<br>EAU CLAIRE WI 54703-1800 | 000027P001-1353S-054<br>WISCONSIN NORTHERN RAILROAD<br>PROGRESSIVE RAIL INC.<br>DAVE FELLON<br>21778 HIGHWAY AVENUE<br>LAKEVILLE MN 55044 |

Records Printed :            56