# EXHIBIT C



CALDWELL BAKER
P O BOX 226
GARDNER, KS  66030

**Invoice Number**
287250387

| Account Number | Statement Date | Lead Equipment ID | Waybill Number | Shipment Date | Customer Reference Number |
|---|---|---|---|---|---|
| 021783 | 05/25/2017 | RFMX 10334 | 492617 | 05/23/2017 | CALDRETURN052317 |

| Shipper | Consignee | Commodity Code/Description |
|---|---|---|
| CHIEFTAIN SAND PROPPANT LLC<br>NEW AUBURN, WI 54757 | CALDWELL-BAKER COMPANY CO<br>GARDNER, KS 66030 | 1441316 - SAND FRACING 40/70 MESH |

| Revenue Origin | Revenue Destination | Revenue Route |
|---|---|---|
| MARJORIE, TX | HUTCHINSON, KS | UP |

| Units | Weight | Rate | Rate Unit | Amount | Price Authority/Additional charge description |
|---|---|---|---|---|---|
| 1 | 100040 | 380400 | PC | $3,804.00 | |
| 604 | | 10 | PM | $60.00 | UPRR 20 - Item 1064    FUEL SURCHARGE |
| TOTALS: | 100040 | | | $3,864.00 | |

| | |
|---|---|
| Equipment Characteristics: | CAR TYPE C113, CU-FT 4750, LENGTH 059FT 11IN , CAP 204000 |
| Prepaid/Collect Indicator: | PREPAID |
| Lading Description: | 40/70 MESH |
| References: | CALDWELL RETURN<br>CALDWELL RETURN |
| Other Parties: | KANSAS & OKLAHOMA RAILROAD LLC - IN CARE OF PARTY NO. 1 |
| Movement Route: | RSS -MARJO-UP -HUTCH-KO |

For Assistance:
WWW.UP.COM/AOW
Call: (800) 925-6396
Union Pacific Railroad Tax ID Number - 94-6001323

Remit Payment and Invoice Number To:
**UNION PACIFIC RAILROAD**
**P.O. BOX 843465**
**DALLAS, TX  75284-3465**
Invoices Remitted after the Due Date may be subject to a 1% Finance Charge

| | |
|---|---|
| Original Billed Amount : | $3,864.00 |
| Total Amount Paid to Date : | $0.00 |
| Last Payment ID : | |
| Last Payment Date : | |
| Due Date : | 06/09/2017 |
| **Invoice Number :** | **287250387** |
| **Amount To Pay :** | **$3,864.00** |

Form DA-002